Kenneth Steely, Esq.
BLACKSTONE TRIAL LAW
1200 Corporate Drive, Suite 425
Birmingham, AL 35242
Telephone: (205) 482-5558
kenneth.steely@blackstonetrial.com
(Admitted Pro Hac Vice)

Christopher R. Jones, WSB# 7-4837
GORDON REES SCULLY MANSUKHANI, LLP
515 E. Ivinson, Suite 108
Laramie, WY 82070
Telephone: (307) 365-6741
Facsimile: (307) 222-7825
crjones@grsm.com
(Local Counsel)

**Counsel for Defendant Jeffrey Scott, D.O.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CHRISTOPHER D. HARRELL, an individual,<br>Plaintiff,<br>v.<br>JEFFERY SCOTT, et al.,<br>Defendants. | Civil No. 2:25-cv-00086-KHR<br>**DEFENDANT JEFFREY SCOTT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

Defendant Jeffrey Scott, D.O. ("Dr. Scott"), by and through counsel, respectfully moves this Court for an order: (1) dismissing all claims asserted against him pursuant to Fed. R. Civ. P. 12(b)(6) for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a); (2) dismissing, pursuant to Fed. R. Civ. P. 12(b)(1), Plaintiff's official-capacity claims for injunctive and declaratory relief as moot; and (3) in the alternative, and pursuant to Fed. R. Civ. P. 12(d) and 56(a), granting summary judgment in Dr. Scott's favor on Plaintiff's Eighth Amendment deliberate-indifference claim and First Amendment retaliation claim.

In support of this Motion, Dr. Scott submits the accompanying Brief in Support, filed contemporaneously herewith and incorporated by reference, together with the Statement of Undisputed Material Facts and record evidence cited therein, including the Declaration of Jeffrey L. Scott, D.O. (ECF No. 49-1), medical record excerpts (Exhibit A), Grievance #25-037 regarding removal from FODMAP diet (Exhibit B), and Grievance #25-028 regarding kitchen staff's compliance with FODMAP diet (Exhibit C), and Dr. Scott's Second Declaration (Exhibit D).

Because matters outside the pleadings are presented in support of the alternative request for summary judgment, Dr. Scott respectfully requests that, to the extent the Court does not exclude those materials, the Court treat this Motion as one for summary judgment under Fed. R. Civ. P. 56, in accordance with Fed. R. Civ. P. 12(d) as to that alternative relief, and that Plaintiff, who proceeds pro se, be afforded a reasonable opportunity to respond with any pertinent material.

Plaintiff proceeds pro se; no certificate of conferral is required for this dispositive motion under D. Wyo. LR 7.1(b)(1)(A), which by its terms applies only to non-dispositive motions.

**WHEREFORE**, Dr. Scott respectfully requests that the Court:

(a) dismiss all claims against Dr. Scott for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a);

(b) dismiss, or in the alternative grant summary judgment on, Plaintiff's official-capacity claims for injunctive and declaratory relief against Dr. Scott as moot;

(c) in the alternative, grant summary judgment in Dr. Scott's favor on Plaintiff's Eighth Amendment deliberate-indifference claim;

(d) in the alternative, grant summary judgment in Dr. Scott's favor on Plaintiff's First Amendment retaliation claim; and

(e) grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 21st day of September, 2026.

/s/ Kenneth Steely
Kenneth Steely, Esq.
BLACKSTONE TRIAL LAW
1200 Corporate Drive, Suite 425
Birmingham, AL 35242
(205) 482-5558
kenneth.steely@blackstonetrial.com
(Admitted Pro Hac Vice)

Christopher R. Jones, WSB# 7-4837
GORDON REES SCULLY
MANSUKHANI, LLP
(Local Counsel)

Counsel for Defendant Dr. Jeffery Scott

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a true and correct copy was served upon Plaintiff Christopher D. Harrell, WSP #26939, P.O. Box 400, Rawlins, Wyoming 82301, by United States mail, postage prepaid, at his address of record.

/s/ Kenneth Steely
Kenneth Steely