# EXHIBIT A

(Medical Record Excerpts)

WSP
Attention: NaphCare Medical
2900 South Higley Boulevard
Rawlins, WY 82301




| Patient Name | Patient Number | Date of Birth (Age = 43) | Race |
| --- | --- | --- | --- |
| Harrell, Christopher D | 20101028001 (26939) | [redacted] | White |
| **Location** | **Booking Date** | **Release Date** | **Sex** |
| WSPB-1-208-B<br>WSP | 10/28/2010 3:41 PM MST | | M |

| Status | Language | SSN | Marital Status |
| --- | --- | --- | --- |
| ACTIVE | Not Defined | N/A | Not Defined |

Print

| Name | Start | End | Entered By | Instructions | Last Edited By |
| --- | --- | --- | --- | --- | --- |
| Allergy Diet (List Allergen In Comment) | 9/24/2024 12:38:00 AM | 1/29/2025 4:46:20 PM | Scott, Jeff Medical Director | FODMAP | Scott, Jeff Medical Director |
| Allergy Diet (List Allergen In Comment) | 12/18/2024 10:26:00 PM | 1/29/2025 4:46:16 PM | Scott, Jeff Medical Director | FODMAP Diet | Scott, Jeff Medical Director |
| Gluten Free | 1/29/2025 5:46:00 PM | 3/17/2025 1:44:38 PM | Scott, Jeff Medical Director | | Scott, Jeff Medical Director |
| Regular Diet | 3/17/2025 2:45:00 PM | 3/20/2025 3:30:39 PM | Scott, Jeff Medical Director | | Wahl, Leanne Teahon Clinical Coordinator Non-Exempt |

**Displaying 13 Results**

| Name | Start | End | Entered By | Instructions | Last Edited By |
|---|---|---|---|---|---|
| Regular Diet | 3/17/2025 5:54:00 PM | 3/26/2025 11:59:00 PM | Scott, Jeff Medical Director | | Scott, Jeff Medical Director |
| Allergy Diet (List Allergen In Comment) | 3/26/2025 5:54:00 PM | 5/12/2025 11:59:00 PM | Scott, Jeff Medical Director | FODMAP diet Following with list of food items provided by IM Harrell on 03.26.25 with Dr. Church, MD, Nanette Merideth, RD and Edna Curry, FS Mgr. Food list provided to kitchen. | Scott, Jeff Medical Director |
| Regular Diet | 5/20/2025 12:55:00 PM | 7/21/2025 1:44:09 PM | Wahl, Leanne Teahon Clinical Coordinator Non-Exempt | Basic FODMAP with list provided by IM Harrell on 03.26.2025 @ meeting with Dr. Church MD, Nanette, Merideth RD and Edna Curry FS Mgr. (Food list provided to the kitchen) 05/20/2025 - 07/06/2025 (Low Acid) | Wahl, Leanne Teahon Clinical Coordinator Non-Exempt |
| Regular Diet | 7/21/2025 2:45:00 PM | 7/23/2025 1:50:01 PM | Wahl, Leanne Teahon Clinical Coordinator Non-Exempt | Regular diet with no medical restrictions | Wahl, Leanne Teahon Clinical Coordinator Non-Exempt |
| Allergy Diet (List Allergen In Comment) | 7/22/2025 2:52:00 PM | 10/16/2025 4:06:43 PM | Wahl, Leanne Teahon Clinical Coordinator Non-Exempt | Gluten free - No onions, no dairy, no broccoli, no peas, no cauliflower - FODMAP diet - 90 days and then d/c to regular diet. | Wahl, Leanne Teahon Clinical Coordinator Non-Exempt |

**Displaying 13 Results**

| Name | Start | End | Entered By | Instructions | Last Edited By |
|---|---|---|---|---|---|
| Regular Diet | 9/5/2025 10:55:00 AM | 10/16/2025 9:56:16 AM | Teahon, Kodee Certified Nursing Assistant | | Scott, Jeff Medical Director |
| Gluten Free | 10/16/2025 9:56:00 AM | 1/13/2026 7:32:30 AM | Wahl, Leanne Teahon Clinical Coordinator Non-Exempt | Gluten free diet | Eaton, Brenda RN |
| Allergy Diet (List Allergen In Comment) | 10/22/2025 4:43:00 PM | 2/5/2026 9:20:19 AM | Levene, Susanne Medical Director | FODMAP diet to exclude soy or soybean oil, gluten, dairy, cauliflower, broccoli, beans, peas, onion/garlic, apple, dextrose, cabbage, honey, high fructose corn syrup, jello. Please include peaches and pears | Levene, Susanne Medical Director |
| Clear Liquid | 5/31/2026 12:00:00 AM | 6/1/2026 11:59:59 PM | McCartney, Katherine RN | Clear liquid diet per Dr. Levene NPO after midnight | McCartney, Katherine RN |

**Displaying 13 Results**

QUICK NOTE BY: Jessica Stender POSTED ON 11/10/2024 3:10:17 AM

Type: NURSING

Response to HSR - "You have an appointment with the provider to discuss this."

QUICK NOTE BY: Saraya Ourada POSTED ON 11/13/2024 9:48:00 AM

Type: NURSING

Pt placed HSR stating: I am on the FODMAP diet, please provide me a list of all the canteen foods that comply's with this diet. Is the FODMAP medically needed? HSR Response: The FODMAP diet is aimed to relieve IBS symptoms that short-chain carbohydrates may trigger. An extensive list is attached, however, some patients are still able to tolerate many foods. A food diary may be beneficial to individualize your triggers.

QUICK NOTE BY: Candace Crouch POSTED ON [redacted]

Type: NURSING

[redacted]

SOAP NOTE BY: Jeff Scott POSTED ON 11/14/2024 11:37:17 PM

Type: MEDICAL

## Subjective

41 y/o male evaluated for chronic diarrhea over the last 4 years. He reports he was taking an excessive amount of NSAIDS for a neuroma in his right thumb for many months until he had surgery for removal. Around that time he states he developed indigestion issues with many foods. Bloating, gassy, nausea, general dyspepsia, GERD symptoms and diarrhea. He reports he struggled to get a work up done. He denies weight loss with his GI issues. No vomiting. No blood in the stool or melena. Currently on Loperamide and has been for several months. States this has been the only thing that has helped with the diarrhea. Without it, he reports 4-5 BM's a day that are watery, sometimes with "Snot" present. He can have associated cramping. The previous provider placed him on a FODMAP diet which he reports helped with the bloating and gerd but did not alleviate the diarrhea. It has been challenging for him to maintain a FODMAP diet in prison, and there are few choices in the commissary. He has been very frustrated with his medical care.
Chart review shows he has had normal labs including a stool lactoferrin, H.Pylori, Celiac, Fecal Occult, CMP, CBC among the notable labs. A colonoscopy had been ordered but pt was frustrated he was given instructions in the late evening/night before and knew it was not enough time to do an adequate prep and it was cancelled.

He continues with loose stools but they are now irregular.

## Objective

BP: /
Temp:
Pulse:
Resp:

Wt:
SaO2:
BS:
Pain:
Height: 6' 0"

A&O x 3 NAD
HEENT: No subconjunctival pallor, tongue with normal color. Nails and nailbeds are normal in the hands with normal cap refill
Neck is supple without adenopathy or thyroid enlargement
CV: S1S2 RR without M/C/R
Lungs: CTA B/L without W/R/R
Abd: Soft, ND, mild tenderness to palpation LLQ to lower mid quad. BS+ x 4 and normoactive. No Rebound or rigidity, no HSM
Derm: No rashes/lesions consistent for comorbid GI disease

## Assessment

Diarrhea
Dyspepsia

## Plan

Likely IBS-D vs lymphocytic colitis. Recommend Sed rate, CRP, with repeat CBC, Stool for leukocytes, stool cultures with O&P. He should have EGD and Colonoscopy and will re-order these. Continue the FODMAP diet for now as it has given some relief of symptoms, mainly upper GI. If testing is negative, recommend therapy for IBS-D pending colonoscopy results

## Education

Discussed DDX at length with the patient. He is on board to find the underlying cause and would much rather find a treatment ie medication vs the FODMAP diet

QUICK NOTE BY: Saraya Ourada POSTED ON 11/18/2024 8:47:46 AM

Type: NURSING

Pt requesting two patellar straps for knee pain. Pt advised: You were prescribed Voltaren gel, please utilize this for knee pain for at least 30 days.

QUICK NOTE BY: Jeff Scott POSTED ON 12/4/2024 8:10:02 PM

Type: MEDICAL

Reviewed inmate information given to nurse by inmate. List of foods he is tolerating and not tolerating. Also noted amount of sugar (likely in the form of high fructose corn syrup) he is obtaining from the commissary. He is not tolerating a few vegetables, not garlic cabbage, Broccoli, cauliflower, onion, milk, wheat, soy, Dextrose, most of which are known to increase gas/bloating/dyspepsia. I have started him on Creon to see if he just needs digestive enzyme support since all this started after he had Covid. Covid has been linked to digestive issues including pancreatic disease

QUICK NOTE BY: Leanne Teahon Wahl POSTED ON 12/5/2024 5:03:10 PM

Type: NURSING

HSR Submission: Attached list of foods he is able to tolerate.
HSR Response: You are eating a lot of sugar through commissary. That defeats a Fodmap diet. Let's see hou you do with the Creon. Dr. Scott.

SOAP NOTE BY: Jeff Scott POSTED ON 12/6/2024 12:27:06 AM

Type: MEDICAL

## Subjective

Met with inmate today to review status of dyspepsia, ? Fodmap issue. Reviewed his commissary list and he is obtaining quite a bit of sugar items and not reporting issues. See quick note for recently reported foods he takes issue with. Labs were just drawn and pending. He has not turned in the stool sample request to date. I recently prescribed Creon as a trial for digestive help given his concern of FODMAP intolerances, and if truly having issues digesting these sugars, the Creon should help. There is certainly a possibility of pancreatic insuff. that follows COVID infections. Today he reports "I'm feeling great".

## Objective

BP: 134/85
Temp: 96.9
Pulse: 51
Resp: 20
Wt: 180
SaO2: 98
BS:
Pain:
Height: 6' 0"

A&O x3 NAD
CV: S1 S2 RR without M/C/R
Lungs: CTA B/L without W/R/R
Abd: Soft NT/ND BS x4 no HSM

## Assessment

Dyspepsia. DDX includes pancreatic insuff, IBS-D, hyperacidic state, GI motility disorder, leaky gut syndrome

Currently favor pancreatic insuff

## Plan

Monitor response to Creon. Follow up in a few weeks for recheck

QUICK NOTE BY: Saraya Ourada POSTED ON 12/9/2024 10:54:17 AM

Type: NURSING

Pt placed HSR that states: "You refuse to give me a list of acceptable foods that I am allowed from canteen, but tell me I am wrong for what I do purchase? The kitchen tells me sugar is good calories, you say the opposite. What can I order?" Pt response sent: You were sent a list of foods with both high and low FODMAP on 11/13/24. If a food triggers your symptoms, please avoid. If the food you purchase does not trigger your symptoms, continue.

QUICK NOTE BY: Saraya Ourada POSTED ON 12/12/2024 3:10:20 PM

Type: NURSING

Pt placed HSR stating he wants a specific list of specific foods he can and cannot eat. Pt has been provided with FODMAP foods and has been advised to make decisions based on his own symptoms and diet needs several times. Pt was called to medical to discuss his recent HSR with Dr. Scott. Pt approached clinic desk and stated "I need a medical refusal." Pt advised what he needed a refusal for and pt stated "It doesn't matter, just give me the refusal." Pt advised it should be discussed with medical so that the proper education can be given on the risks of refusing advised medical care. Pt stated no one is giving him a list of foods he can eat. Pt was given medical refusal form and signed with this nurse.

QUICK NOTE BY: Linda Slater POSTED ON 12/13/2024 3:07:17 AM

Type: NURSING

HSR response: The order reads, Loperamide 2 mg, take one
2 mg pill by mouth twice daily.

QUICK NOTE BY: Linda Slater POSTED ON 12/21/2024 2:25:34 AM

Type: NURSING

Late entry for 12/20/2024 at 2230. Delivered notification of medical order regarding specific diet restrictions. Went to cell side with officer. Harrell took his copy and dropped it in the trash.

QUICK NOTE BY: Teagan Feldt POSTED ON 12/23/2024 6:07:27 AM

Type: NURSING

Late entry 12-22-24 @2230 cna tried to deliver a npo order and inmate refused to sign and take paper then at 2310 cna and nurse pilen went back down to talk inmate refused to sign paper and yelled he did not care
at 0457 sgt Redenbaugh went to d4 to get inmate up to come to medical and get a weight check also sign paper inmate refused and layed back down refusing to come to medical

QUICK NOTE BY: Leanne Teahon Wahl POSTED ON 12/30/2024 5:43:59 PM

Type: NURSING

IM called to medical to discuss offsite Colonoscopy/EGD currently 2 refusals. IM refused to take accountability for noncompliance with prep and/or communication with medical. Discussed with IM in detail that all IMs are treated the same and he was not an exception. IM informed that if he refuses to comply and therefore refuses another offsite, he will not be rescheduled. IM verbalized understanding.
Email sent to RMD to place order and email sent to scheduler.

QUICK NOTE BY: Jessica Stender POSTED ON 12/31/2024 6:24:00 AM

Type: STATCARE

Response to HSR - "We do not give loperamide as a KOP medication. You must come to pill call to take it."

QUICK NOTE BY: Jessica Stender POSTED ON 12/31/2024 6:24:30 AM

Type: STATCARE

Response to HSR - "Offsite orders are to be given after 2200 lockdown for security purposes."

QUICK NOTE BY: Jeff Scott POSTED ON 1/8/2025 12:58:48 PM

Type: MEDICAL

Chart update. This inmate has been very challenging due to underlying behavioral issues. When I first met Mr. Harrell he was pleasant enough but frustrated with his medical care. He has had issues with the FODMAP diet although he has been given at least 3 handouts on an appropriate FODMAP but has stated he is not given enough information . I also reviewed his Canteen purchases and there were several items that contained high fructose corn syrup or significant amounts of sugar that would go against a FODMAP. He has made accusations that he is not given proper food choices and states he is actively suing DOC over this issue. On my last attempt to visit with the patient he declined and refused to come to medical.
In regards to the constant diarrhea, he has not had any abnormal lab or stool findings. His diarrhea has all been subjective reports and is noted to not be associated with any weight loss until recent on his 12/5/24 weight. Diarrhea has been ongoing for 2 years or more. On at least 2 occasions the medical team has attempted to set up a colonoscopy, only to have the patient decline to do the prep via standard instructions. When nursing has tried to discuss appropriate instructions, he becomes angry and refuses accountability. He is also angry over the fact loperamide cannot be issued KOP as it can be a drug of abuse.
I attempted a trial of creon, see chart notes that he took for less than 10 days which was not an adequate trial.
He has certainly established a pattern of explosive personality disorder with sudden outbursts of anger and refusal to appropriately communicate which has been his own doing and has inhibited his own medical care that has prevented the medical team from discovery.

At this point, between behavior issues, non-compliance, and subjective complaints of diarrhea, there raises the question of secondary gain and his sense of grandeur and his continual use of legal intimidation. Upon my review and involvement, the medical team, including myself have made every attempt at helping Mr. Harrell with his diarrhea issue. His lack of participation has been the biggest barrier.

SOAP NOTE BY: Jeff Scott POSTED ON 1/8/2025 5:29:27 PM

Type: MEDICAL

## Subjective

42 y/o male f/u on chronic diarrhea, ongoing for 3 years. Reports with Loperamide has two BM's a day that are like "pudding". No blood in stool, every so often states he has "snot" in the stool. Labs again reviewed and no signs of IBD. Weight up a little today to 186lbs. Denies associated N/V, no constipation. Struggles with dietary choices due to the environment of incarceration. Continues with the FODMAP as it has provided some benefit but I do not believe the FODMAP (sugars are the issue). Working Dx is pancreatic insuff vs Lymphocytic colitis. We discussed his recent refusal to not complete a 30 day course of the Creon. There were issues with the pharmacy nurse giving him all the medication KOP at once because he asked for it on a "non-KOP" hand out day. There are 20 days left of medication in the pharmacy and this is discussed with the patient. His last colonoscopy

was seemingly cancelled by the night nurse as there was no communication with day nurse that patient had started and completed the prep. He was very frustrated and refused to speak to staff so the colonoscopy was cancelled.

Mr. Harrell has had some issues with behavior which we discussed. He is easily agitated and quick to anger (Likely underlying intermittent explosive personality disorder). He can come off as overall aggressive to the female staff and his anger can be interpreted as threatening. With this in mind he is asked to "Practice kindness and patience vs irritability and anger". Otherwise more gets done with sugar than vinegar.

We discussed the complications with the colonoscopies, and I have decided to scratch it. He is agreeable to continue the Creon for 30 days, if there is no change, I will move therapy to treat for Lymphocytic Microscopic Colitis with oral budesonide instead of putting him through a colonoscopy and waiting on bx. Another 30 day trial would be recommended and reassess symptoms if they persist. At that time I would recommend GI consultation for further recommendations.

## Objective

BP: 141/75
Temp: 97.7
Pulse: 54
Resp: 20
Wt: 186
SaO2: 99
BS:
Pain:
Height: 6' 0"

A&O x 3 NAD
Exam deferred today

## Assessment

Chronic diarrhea with working dx of pancreatic insuff vs Lymphocytic microscopic colitis.

## Plan

Treatment as outlined in HPI

## Education

Treatment, behaviors, expected teamwork as patient and physician

QUICK NOTE BY: Liliana Meyerhofer POSTED ON 1/16/2025 10:04:19 AM

Type: NURSING

Patient requesting another refill on Creon. Response sent back stating, you will be placed on the KOP list once the refill is received. You did get a 20 day supply on 1/8/25. Thank you.

QUICK NOTE BY: Jeff Scott POSTED ON 1/28/2025 10:09:09 PM

Type: MEDICAL

Reviewed chart this evening. This inmate continues to be challenging due to ongoing complaints. He reported just today that the Creon has done nothing to alleviate his symptoms. Medication will be discontinued. At this point he will be referred to GI for their opinion and possible etiology of symptoms. I will recommend a trial of oral budesonide as treatment for microscopic colitis as he has not had any lab values to suggest a macroscopic colitis or IBD. I would like to get stool studies to verify consistency as his complaint has all be subjective

Pt maintains a FODMAP despite my discussion with him that a FODMAP is meant to be temporary. Most experts only recommend a 2-6 week trial and then reinstitution of troubling foods to verify certain ones are a problem. He is going on 9+ months as this was initiated by the previous provider with the prior medical contracted company. I had a discussion with him in December that the goal would be to get him back to a normal diet and at the time he seemed all in favor. Now each time it is brought up, he is just angered and threatens to sue everyone. For what, it is not clear and I maintain he seems to use the threat of lawsuits as a manipulation. I have also reviewed his commissary list on two occasions, and he has multiple purchases that do not fall in line with low FODMAP foods, infact they have high FODMAP's specifically high fructose corn syrup. I will be on site tomorrow and see if he is agreeable to the oral budesonide and have placed the GI referral request.

QUICK NOTE BY: Liliana Meyerhofer POSTED ON 1/29/2025 10:37:31 AM

Type: NURSING

30-day supply of Creon given KOP on 1/28/25

QUICK NOTE BY: Geraldine Burrows POSTED ON 2/2/2025 10:23:52 AM

Type: NURSING

Reported by DOC that inmate dropped a stool sample by the door to medical clinic. DOC had biohazard dispose of the sample.

QUICK NOTE BY: Kayla Ibarra POSTED ON 2/11/2025 7:52:51 AM

Type: NURSING

scanned in HSR regarding diet see HSR from 2/10

QUICK NOTE BY: Shawn Wyse POSTED ON 2/17/2025 2:19:15 PM

Type: NURSING

HSR answered, noted.

QUICK NOTE BY: Ashley Carter POSTED ON 2/21/2025 3:02:36 PM

Type: NURSING

Spoke with IM Harrell,

Pt states that he has not been feeling well for a week. Pt st that he has a generalized weakness, headache, sore throat and diarrhea. Pt st that it is nothing new, and that he didn't put an HSR in because "medical wouldn't do anything about it. Pt st that he has a cold but that it is the same problem, that medical won't follow the FODMAP diet. He states that he eats "what doesn't cause him pain". Vital signs within normal limits except for 158/90 blood pressure. cna charted for provider. Pt as what the bottom number of weight is that he needs to get to so that we see he needs his diet. Adv would document occurrence and tried to educate in regard to diet and gluten allergy; pt walked out of medical during discussion.

QUICK NOTE BY: Shawn Wyse POSTED ON 2/25/2025 4:00:50 PM

Type: NURSING

HSR response: Met with IM to discuss his canteen purchases and his diet. IM only wanted to be put on a FODMAP diet and didn't want to discuss solutions or suggestions to his diet. IM stormed out of the exam room and continued to accuse this nurse of wanting to starve him. IM then was sent by security back to his housing.

QUICK NOTE BY: Shawn Wyse POSTED ON 2/26/2025 7:39:08 AM

Type: NURSING

HSR response: you are scheduled to see a gastroenterologist soon.

QUICK NOTE BY: Shawn Wyse POSTED ON 2/26/2025 7:53:51 AM

Type: NURSING

On 2/26/25, While meeting with IM, this nurse asked him how he felt after eating the protein bars from canteen. He stated, "He felt good." I then showed him the ingredients that contain soy and dairy, 2 ingredients that he says cause him issues. He didn't have a answer for that. It was at this point he got up and started yelling at me as he left the room.

QUICK NOTE BY: Jeff Scott POSTED ON 2/26/2025 9:59:24 AM

Type: MEDICAL

Reviewed chart today and noted HSR complaints of further weight loss and returning only one stool sample. Inmate Harrell is now exhibiting a typical pattern of having an excuse for not executing medical advice. Noted he complains of abd pain with blood in stool and perhaps melena. Will repeat Sed, CRP, CBC, and stool for blood x 3. I am aware the Creon did not help which was D/C'd on 1/28/25. He had the option to try the Budesonide for bowel inflammation but apparently has opted not to pursue this as he feels the medication trials are just delaying his care. He has been referred to GI and awaiting an appointment which we cannot control the scheduling of an outside provider. I will send him a note that this option remains available if he so choses and that additional stool studies have been ordered to check for blood and inflammatory markers. He will be reminded the FODMAP is intended for short term dietary changes to identify culprits and is not a sustainable diet. I would not be surprised that he purposely restricts calories out of spite but will check additional labs, pre-albumin, CMP. Again, his own words in his "rough draft" to file a legal complaint, stated he has noted his biggest issue is gluten. Therefore a gluten free diet would be most appropriate. Again he also successful identified his trouble foods being on the FODMAP for an extended period of time (9 months I believe) and there is no longer a medical need to support a FODMAP. Literature typically only recommends 4-6 weeks. If the gluten free diet is not working then I would be happy to give him a regular diet and he can pick and choose what does not work for him based on his own problem food identification.

QUICK NOTE BY: Charles Krampner POSTED ON [redacted]

Type: MENTAL HEALTH

[redacted]

QUICK NOTE BY: Jeff Scott POSTED ON 2/27/2025 3:45:50 PM

Type: MEDICAL

MDT meeting today with myself, HSR, mental health to discuss my frustrations with inmate Harrell and his ongoing complaints. Mental informed me that he is well known to them and has declined mental health services on multiple occasions. He has often exhibited irritable behaviors and has been self-sabotaging which has been a concern of mine with prior attempts to obtain a colonoscopy and obtaining stool studies. Parties involved in the meeting are asked to document each encounter with inmate Harrell. Mental health will also provide a summary of prior observations with mental health over the years. He will be offered mental health services. I have also reached out to DOC dietician to review his gluten free diet and help address the weight loss. He is currently being monitored weekly for weight checks. I have also sent him a note reminding him of the optional trial of budesonide and informing him of a multiple team approach to include mental health eval. His GI visit is planned for early March.

Inmate was calm, cooperative and engaged throughout the encounter. Inmate smiled at times and was friendly. Inmate did not appeared to be in good spirits. Inmate was oriented x4, did not appear to have cognitive impairment/impaired LTM/STM. Inmate's was clear and his thought process was goal oriented. Inmate did not endorse plan/intent/ideation to harm self and/or others.

## Assessment

Inmate stable at time of encounter.

## Plan

Continue to offer Inmate Mental Health services and coordinate treatment with medical providers

## Education

Mental Health Services.

QUICK NOTE BY: James Church POSTED ON 3/12/2025 7:01:48 PM

Type: MEDICAL PROVIDER

Harrell was scheduled to be seen by Dr Scott and me today. He persisted in interrupting Dr Scott while Dr Scott was reviewing Harrell's medical history. He apparently took offense at not being able to dominate the interview and walked out of the room and medical clinic.

SOAP NOTE BY: Jeff Scott POSTED ON 3/12/2025 10:27:19 PM

Type: MEDICAL

## Subjective

Attempted to meet with inmate today to discuss ongoing weight loss. Dr. Church also present. When asked what we are doing today, inmate responded "other than you are trying to starve me to death" I informed him he has the right to believe this but it is not true. He stated that all the foods he has problems with were put back on his diet with a gluten free diet and he is unable to eat anything. I again tried to explain the purpose of a FODMAP but, before I got two words out he up and left the exam room.
He has been offered BOOST but because it has Whey protein, he stated he cannot consume this because he has a mild allergy (This has not been established). I discussed with nursing alternatives but before we ordered it in special, I wanted to verify he would take an appropriate alternative. The nursing staff was confronted with belligerent behavior and they did not have an opportunity to discuss it with him.

Inmate Harrell has had increasing aggressive behaviors and continues to sabotage efforts to deliver medical care to him. To recap, he failed to obtain a colonoscopy twice due to failure to follow correct orders for the prep. He only provided one of three stool samples on most recent request due to an issue with DOC CO and was written up for what sounds like inappropriate

handling of the stool sample. My stool studies were cancelled for unclear reasons and by unknown at this time.
He did obtain the blood work and again, no serological findings to support IBD. His GI consultation is scheduled towards the end of this month
He is noted to continue to lose weight, down 3 lbs this month, stable from last week at 168lbs

I have asked mental health to get involved who tried to see him today but he refused. He did inform mental that "I have never felt better". I was also informed MH spoke with his case work who has also noted a pattern and history of changing the narrative compared to what was discussed and that he has had a recent decline in mental stability with almost "Delusional thought processes"

I have had significant concerns his mental health/ behavior disorder impairs effective communication and delivery of appropriate medical care. He refused to be compliant to obtain a colonoscopy, he has failed to be complaint with stool studies, he fails to want to be actively involved in his treatment plan, he declined to take a trial of budesonide. He feels the only answer to his issues is a FODMAP diet. I reviewed his commissary list and now note he is not buying the previously pointed out Non FODMAP items and buys a fair amount of diet Mountain Dew. He reported he cannot tolerate soy yet nursing noted the protein bars he was purchasing contained soy. He became angry with that conversation.

He has a clear pattern when medical points out inconsistencies in his diet to discuss, he shuts down or becomes angry/belligerent. He does not demonstrate the patience or the maturity to have a serious conversation regarding his health. If the conversation does fit his narrative of "needing only a FODMAP diet" he refuses to participate in any health related discussion.
He has made it readily apparent that he wants to blame myself for "Pain, suffering, Starvation", and just wants to sue. To note, inmate Harrell has never described in any detail abd pain, nor has he demonstrated any signs of abd pain. His last stool collection was reported by staff as a "Formed stool"

## Objective

BP: 147/78
Temp: 97.7
Pulse: 58
Resp: 18
Wt: 168
SaO2: 97
BS:
Pain:
Height: 6' 0"

BMI noted 22.8 (healthy range)

## Assessment

Weight loss
Subjective chronic diarrhea
Undiagnosed mental illness
Medical Self Sabotaging behavior

## Plan

Inmate has been offered medication (Oral Budesonide) failed Creon therapy, has refused colonoscopy x 2, has refused to now be an active participant in his medical care, has refused protein supplementation, has engaged in self sabotaging behaviors and fails to communicate appropriately with staff. He demonstrates extreme behaviors and often is all or nothing in regards to his diet, stopping to buy the prior FODMAP foods, failure to engage in the gluten free diet (self described).
The best option at this time would be to release him to a regular diet and perhaps he will have more foods to choose from as he is self aware of the things he cannot eat (again the purpose of a FODMAP diet is it is an elimination diet) With a FODMAP diet, there is often suppose to be a trial of re-introduction of FODMAP's. Inmate Harrell has never afforded the opportunity to have this explained to him despite my prior attempts in discussion as well as providing him with handouts. I am also aware he has done his own research and it would be unlikely that he did not come across this on his own.
I believe the biggest barrier moving forward is his mental health. Despite MDT and MH counselor involvement, inmate Harrell has refused those services. We will have to await the GI evaluation for their input and I will be discussing Inmate Harrell's issues directly with DOC to find out further options. I will also be submitting a request for Corporate IM or GI to review the case and offer additional care recommendations.

## Education

Refused

QUICK NOTE BY: Jamie Forbes POSTED ON 3/13/2025 11:52:10 AM

Type: NURSING

Inmate Harrell stated that he would not give three samples of stool for the Ova and Parasite. CNA Forbes explained that was how the test was designed. CNA Forbes also had asked for Inmate Harrell to stop taking his medication that helps form a solid stool to see if there was any difference.
Inmate Harrell stated that he would try and stop the medication. Inmate Harrell brought back one sample of stool when he was supposed to bring back four samples of stool for the testing. Inmate Harrell was not very compliant with getting his blood drawn, and CNA Forbes told him that at least do the blood work to make sure the levels on medication was still working.

CNA Forbes canceled stool test due to Harrell not complying on the other test.

QUICK NOTE BY: Jamie Forbes POSTED ON 3/13/2025 11:53:58 AM

Type: NURSING

When Inmate Harrell brought back the Ova and Parasite sample the stool was formed and it did not look like pudding, or it was not loose either.

QUICK NOTE BY: Charles Krampner POSTED ON [redacted]

Type: MENTAL HEALTH

[redacted]

QUICK NOTE BY: Shawn Wyse POSTED ON 3/15/2025 10:24:53 AM

Type: NURSING

HSR response: Noted

QUICK NOTE BY: Shawn Wyse POSTED ON 3/15/2025 10:25:27 AM

Type: NURSING

HSR Response: Noted

QUICK NOTE BY: Kayla Ibarra POSTED ON 3/18/2025 12:15:57 PM

Type: NURSING

Abnormal Vitals / Weight Change:

Pulse: 50
HRRR

QUICK NOTE BY: James Church POSTED ON 3/18/2025 1:26:50 PM

Type: MEDICAL PROVIDER

Returned from GI consult. Order and prep for colonoscopy
Lab orders received for C diff PCR and Toxin A and B
Stool culture. Giardia/Cryptosporidium. O & P. Pancreatic Elastase. Fecal Calprotectin.
CBC, CMP, TSH, Celiac serologies.

QUICK NOTE BY: Charles Krampner POSTED ON [redacted]

Type: MENTAL HEALTH

[redacted]

QUICK NOTE BY: Candace Crouch POSTED ON 3/18/2025 2:19:56 PM

Type: NURSING

[redacted]

QUICK NOTE BY: Shawn Wyse POSTED ON 3/18/2025 2:20:13 PM

Type: NURSING

HSR response: You are not forced to put any food in your mouth that causes you pain, you have been asked to avoid them. I will pass your concerns on.

QUICK NOTE BY: Candace Crouch POSTED ON 3/18/2025 2:26:04 PM

Type: NURSING

[redacted]

QUICK NOTE BY: Shawn Wyse POSTED ON 3/18/2025 2:26:55 PM

Type: NURSING

HSR response: Corporate providers have also been reviewing your chart. Your offsite has been in the works for a while. When at a request is put in for an offsite it is reviewed by corp. then the specialist or offsite provider's office is contacted, an apt. is scheduled when they have an opening, they don't make special apt. just because we request an apt. it can sometimes take a little bit to fit into the offsite provider's schedule.

QUICK NOTE BY: Jeff Scott POSTED ON 3/19/2025 3:12:51 PM

Type: MEDICAL

Spoke with GI provider McKenna Spillar PA. Re-ordered stool studies they recommended and labs, over du for recheck on thyroid. Agree with getting inmate set up for pan endoscopy and hopefully he will be compliant with the prep on this third attempt to perform colonoscopy. He informed Spillar PA he was "never given the budesonide", which is not true as he outright refused it. I discussed the DDX with her and agrees it can be broad but that most issues have been ruled out. Agrees with repeat stools to try and capture actual diarrhea, blood in stool, and or mucus as inmate claims but has tested negative for on at least 2 occasions. Has appointment scheduled with local surgeon to set up endoscopies.

QUICK NOTE BY: Jamie Forbes POSTED ON 3/20/2025 8:56:56 AM

Type: NURSING

Inmate Harrell brought to medical a stool sample that was solid and not runny, or pudding like. Sending it off to MicroPathID.

QUICK NOTE BY: Jeff Scott POSTED ON 3/20/2025 2:09:01 PM

Type: MEDICAL

MDT meeting with medical and DOC staff. Inmate Harrell declined to attend. Shared in the meeting is that multiple departments have had similar interactions with him. Specifically, condescending comments, changing the narrative. Food services recently dealt with him yelling over his bread (gluten free) touching other food on the tray. He has accused other departments of "no one listens". Food services have had multiple meetings with him to determine his food issues and they have also noted changes in the narrative and are at a point they confused on exactly what he wants. Inmates case worker has noted changes in behavior over the last several months. "Doesn't seem like he is there", "Diminishing" in health, and "demonstrating extremes of behaviors". Case worker has also had negative interactions with inmate Harrell and is never certain what behavior or "who I am going to get today". He has become increasingly isolated per DOC staff. Spends most of his time in his cell. I am notified that he recently cut off communication with his girlfriend or vice versa. Continues to speak with Mother and Uncle.
Parties present did not object to the primary issue with inmate Harrell is mental illness. He continues to refuse mental health services. I asked to see if a psychiatrist would meet with him and maybe can add some insight. My main concern is his breakdown in communication. DOC stated he maintains responsibility to actively participate in his care. I am looking for ways that onsite medical will hopefully be able to maintain communication with him. I am sure my bridge has been burned but continue to review his care. We will repeat MDT is 2 weeks. Inmate Harrell did submit a stool sample, noted to again be well formed. Medical took pictures.

QUICK NOTE BY: Shawn Wyse POSTED ON 3/20/2025 6:01:21 PM

Type: NURSING

HSR response: You had your apt. I don't think this is relevant to your care received.

QUICK NOTE BY: James Church POSTED ON 3/20/2025 6:40:53 PM

Type: MEDICAL PROVIDER

Loperamide reordered

QUICK NOTE BY: Shawn Wyse POSTED ON 3/21/2025 8:45:36 AM

Type: NURSING

HSR Response: A regular diet will promote you in having more food choices that you like and can choose from.

QUICK NOTE BY: Leanne Teahon Wahl POSTED ON 3/21/2025 12:18:58 PM

Type: NURSING

IM presents to medical for weekly wt check:
Weight today 164 – charted.
Weekly weight check order expires on 03.31.2025
No conversation with medical staff. IM came in weighed in front of nurse, verbalized scale wt to nurse and left medical.

QUICK NOTE BY: Jeff Scott POSTED ON 3/21/2025 2:23:29 PM

Type: MEDICAL

Weight loss noted to continue 164lbs today. Placed on a regular diet which he is not happy about but given the environment this is most likely going to give him the most options to pick and choose from. I will ask nursing if they can communicate with him to re-discuss the option on the Vegetarian Ensure and will have staff order if he agrees to take it.

QUICK NOTE BY: Charles Krampner POSTED ON [redacted]

Type: MENTAL HEALTH

[redacted]

QUICK NOTE BY: Jeff Scott POSTED ON 5/2/2025 1:13:00 PM

Type: MEDICAL

Reviewed recent Hida Scan. Low EF of gallbladder 29%. Loperamide is known to decrease GB EF.

QUICK NOTE BY: James Church POSTED ON 5/2/2025 3:22:00 PM

Type: MEDICAL PROVIDER

Please check weight every other week for the next 2 months. Treatment order entered.

QUICK NOTE BY: Leanne Teahon Wahl POSTED ON 5/8/2025 12:47:04 PM

Type: NURSING

IM presents to medical at the request of clinic coordinator for wt check. Weight recorded.

QUICK NOTE BY: Liliana Meyerhofer POSTED ON [redacted]

Type: NURSING

[redacted]

QUICK NOTE BY: Charles Krampner POSTED ON [redacted]

Type: MENTAL HEALTH

[redacted]

QUICK NOTE BY: James Church POSTED ON 5/20/2025 9:07:12 AM

Type: MEDICAL PROVIDER

Gastroenterology notes reviewed. Omeprazole and sucralafate ordered. :pw acid diet ordered. 6 week follow up EGD offsite requested

QUICK NOTE BY: Shawn Wyse POSTED ON 5/22/2025 12:17:06 PM

Type: NURSING

HSR Response: According to DOC and Naphcare policy, Naphcare is the custodian of your records. You are not being denied records, you will have to follow the request process and pay the records copy fee for a copy of them.

SOAP NOTE BY: James Church POSTED ON 5/29/2025 4:41:52 PM

Type: MEDICAL PROVIDER

QUICK NOTE BY: Jeff Scott POSTED ON 3/26/2025 3:22:21 PM

Type: MEDICAL

Spoke with GI specialist McKenna Spillar PA. Reported stool study positive for norovirus and decreased fecal elastase at 27.8 which places him in the severe category of pancreatic insuff. Discussed prior treatment with Creon and GI suggests higher dose, double the original amount. Is ok with long term FODMAP.

SOAP NOTE BY: James Church POSTED ON 3/26/2025 3:40:46 PM

Type: MEDICAL PROVIDER

## Subjective

Harrell had a GI consult last week. Blood and stool tests were ordered. Egd and colonoscope are planned. He expresses eagerness to get the tests completed.
He was also interviewed today by the dietician and by the kitchen supervisor to discuss his meal plans. He was not willing to use the Vegetarian boost option because it has Pea Concentrate in it.
He is agreeable to working with the kitchen to be provided with foods that meet his approval.

## Objective

BP: 151/93
Temp: 97
Pulse: 55
Resp: 18
Wt:
SaO2: 96
BS:
Pain:
Height: 6' 0"

His most recent weight is 164. He is alert and cooperative, but still borderline argumentative
He appears thin. He has excess skin of the abdomen from weight loss. He is afebrile and not in any apparent physical distress.
He provided a list of foods he can tolerate and those that he can't.

## Assessment

Ongoing complaints of intestinal pain and food intolerances.

## Plan

He will work with dietician and kitchen supervisor to be provided with edible meals.
Lab tests results pending.
EGD and colonoscopy pending. He agrees to be proactive in getting the preps done accurately.

## Subjective

Had his colonoscopy and EGD last week.. Biopsies were done. New meds prescribed Sucralafate and Omeprazole. Endoscopist suggested follow up EGD in 6 weeks to see if therapy helps. He is still taking loperamide 2 bid and Creon qid.

Also complains of knee pain when he crouches or squats. Soft ball starts soon. He had a scope surgery on right knee as a youngster but this is a new pain issue. He feels crepitation on the underside of the patella. Another inmate recommended patellar straps to him.

## Objective

BP: 131/87
Temp: 97.7
Pulse: 69
Resp: 16
Wt: 175
SaO2: 98
BS:
Pain:
Height: 6' 0"

Weight is up to 175. His color is good. Mood is good. We reviewed his reports and biopsies which show no precancerous findings. Stomach specimens showed no significant gastritis. GE junction showed findings consistent with GERD.

## Assessment

EGD ild inflammation
Colon single 2mm benign polyp
Knees have signs of cartilage inflammation

## Plan

Sucralafate 1 gm bid on empty stomach to protect against acid. Omeprazole to prevent acid formation. Continue low acid diet
Diclofenac renewed to use bid around the patellae.
Compression knee sleeves for use during activity and prn.

## Education

Most people don't need a follow up EGD as the symptoms go away with treatment and the biopsies were not at all suspicious. But the endoscopist asked for a follow up EGD so offsite appointment is requested.

QUICK NOTE BY: James Bishop POSTED ON 7/22/2025 8:03:50 PM

Type: MEDICAL PROVIDER

IM seen briefly in clinic d/t concerns regarding the change to his diet. He was visibly upset and reports being angry that he was put back on a regular diet. He reports that GI did not clear him to return to a regular diet. We did pull up his GI report and reviewed that he was diagnosed with gastritis w/ an approval to return to regular diet after 6 weeks. He is quite adamant that it only means no longer being a low acid diet but that he is still allergic gluten. We did pull up his past results to show that he does not have a gluten allergy or celiac disease. He states he is aware and has tested negative many times but he still is unable to eat gluten. He also reports an allergy to dairy, onions, broccoli, cauliflower, and peas. I allowed him to see the pathology report from his EGD which he states he already has all the records. IM was informed that there is not a medical reason that I can find for him to be unable to eat any of those foods. I do recommend that if he wishes to avoid those foods he finds an alternative on the commissary that is more agreeable to him. IM reports that DOC is working to get other items added to the commissary but that is not yet an option. Ultimately, I have offered to continue this diet for 3 months while he works it out with DOC regarding what, if any, options they will add to the commissary but that his diet is only being extended for the 3 months and then will revert to a regular diet. I do not see evidence from a medical standpoint that any specific dietary restrictions need to be made. I am aware, and I did discuss with the IM, regarding his prior weight loss however he voluntarily stopped eating food and weight loss was not due to diarrhea or vomiting prohibiting him from eating.

QUICK NOTE BY: Liliana Meyerhofer POSTED ON [redacted]

Type: NURSING

[redacted]

QUICK NOTE BY: Shawn Wyse POSTED ON 8/6/2025 3:51:32 PM

Type: NURSING

You are scheduled. We do not control or make schedules for providers that don't work for naphcare.

QUICK NOTE BY: Shawn Wyse POSTED ON 8/6/2025 3:52:58 PM

Type: NURSING

HSR Response:Do you have a health request? I don't see one above.

QUICK NOTE BY: Shawn Wyse POSTED ON 8/7/2025 10:36:10 AM

Type: NURSING

HSR Response: Dr. Ahmed M. Zihni at Banner Hospital, hi note was put in on 5/19/25. The order was to have the diet for 6 weeks, which ended 7/6/25. Do a financial transaction and request and you can have the copy. It is on your colonoscopy report if you have it already.

QUICK NOTE BY: Kristie Sierra POSTED ON 8/22/2025 3:27:01 PM

Type: DENTAL

you are due for an exam. we will see you soon for that and take a look at that tooth then

QUICK NOTE BY: James Bishop POSTED ON 9/4/2025 5:02:14 PM

Type: MEDICAL PROVIDER

IM seen at cell door [redacted] We also discussed blood work and EGD results. Discussed normal findings w/ regards to all of his blood work. Also discussed EGD findings being normal showing resolution of his inflammation. Will continue on PPI indefinitely but will plan to discontinue Carafate which IM expresses agreement to. Also discussed no medical need to continue w/ a specialized diet and will transition to normal diet. IM states he will sue if his diet is changed, we again re-iterated that his medical findings do not justify a specialized diet and it will be a normal diet going forward.

QUICK NOTE BY: amber waldron POSTED ON 3/23/2026 5:53:11 PM

Type: NURSING

Dietary recommendations reviewed. Low FODMAP diet is intended for short-term use (typically 6–8 weeks) and is not indicated for long-term management. Prolonged restriction may result in nutritional deficiencies. Patient has not demonstrated objective evidence to support continued dietary restriction and has not completed recommended dietary tracking to correlate symptoms.

QUICK NOTE BY: Michelle Smith POSTED ON 3/24/2026 4:20:28 PM

Type: NURSING

Missed Charting, 3-23-26, Vital signs- BP- 140/80, Pulse- 70, SAO2- 97, weight- 166.2

QUICK NOTE BY: Melody Carter POSTED ON 3/27/2026 8:47:10 AM

Type: ADMINISTRATIVE

Late Entry 3.24.26: Met with inmate with Kathryn Sapp present. I encouraged and offered mental health services as an outlet for expressing frustration and learn new coping skills for acceptance and tolerating his circumstances. Inmate Harrell stated he was not interested in individual sessions but had signed up for groups with Ms. Sapp, the next one is DBT. Inmate Harrell recounted the events as he sees them since he injured his thumb in 2020. Inmate Harrell states he believes Dr. Levene has not been transparent with him and believes she has not treated his medical care fairly. Inmate Harrell stated he filed an injunction with the court on Monday (23rd) this week. Inmate states he is in pain and that he either eats what is on his tray and have pain or starve and he does not want to starve, he does not want to harm himself. I attempted to encourage that he testing results are good and considered normal, inmate Harrell refused to accept that and insisted he is in pain as a result of his gallbladder. I ended the session with reiterating availability of mental health, to which he thanked us for the time and left the room.

QUICK NOTE BY: Susanne Levene POSTED ON 4/1/2026 9:26:12 AM

Type: MEDICAL PROVIDER

Most recent stool sample was also too formed to analyze.

Pt has no documented diarrhea despite his repeated claims that he does.
He continues to lose weight at 161 pounds, likely purposeful for secondary gain intentions.

QUICK NOTE BY: Susanne Levene POSTED ON 4/1/2026 11:52:51 AM

Type: MEDICAL PROVIDER

Discussed obtaining labs due to pt self starving himself with RMD and it was decided to hold off on labs until starvation has actually been documented with BMI <18. Labs were cancelled today. Will continue to check vitals and weight.

QUICK NOTE BY: Kathryn Sapp POSTED ON [redacted]

Type: MENTAL HEALTH

[redacted]

QUICK NOTE BY: Kathryn Sapp POSTED ON [redacted]

Type: GROUP NOTE

[redacted]

QUICK NOTE BY: Jessica Plascencia-Flores POSTED ON 5/31/2026 10:53:26 PM

Type: NURSING

NPO after midnight paperwork signed placed in scanner folder

QUICK NOTE BY: Kihana Foreman POSTED ON 6/1/2026 5:41:39 PM

Type: STATCARE

"Returned from Offsite appointment at Memorial Hospital of Carbon County for a colonoscopy. Denies having any homicidal or suicidal thoughts. Ambulated with even steady gait. " Return form reviewed, F/U with onsite. Please continue to monitor and notify Statcare of any changes. Thank you
This encounter was completed remotely without patient interaction

QUICK NOTE BY: Kathryn Sapp POSTED [redacted]

Type: GROUP NOTE

[redacted]

SOAP NOTE BY: Susanne Levene POSTED ON 6/8/2026 5:13:20 PM

Type: MEDICAL PROVIDER

## Subjective

Patient was seen today to discuss the results of his recent flexible sigmoidoscopy and rectal biopsies. He was informed that the sigmoidoscopy revealed small grade 1 internal hemorrhoids, numerous 1–2 mm white nodules with mild surrounding erythema in the lower and mid rectum, and normal-appearing sigmoid mucosa. Biopsy results were reviewed: sigmoid biopsy was normal; rectal biopsy demonstrated focal active colitis without features of chronicity.

Patient was counseled that these findings are nonspecific and that a sexual history is routinely obtained when inflammation is identified in the rectum, as sexually transmitted infections are a recognized cause of proctitis. Patient denied any sexual encounters or anal manipulation of any

kind over many years while incarcerated. He stated he was willing to undergo STI testing.

Patient expressed frustration regarding the bowel preparation administered prior to his procedure. He stated he was told by this provider that a bowel preparation would not be required, and he felt this was dishonest. It was explained that the initial plan did not include a bowel preparation; however, the surgeon performing the procedure subsequently required that a prep be completed prior to the case. Due to this provider being out of town at the time of that change, the updated bowel preparation requirement could not be communicated to the patient in advance. Patient did not accept this explanation and repeatedly stated that he had been lied to.

Patient was counseled that in the absence of identified STI risk factors, certain testing may not be clinically warranted. Patient expressed concern that the decision to defer testing was financially motivated rather than based on clinical judgment.

Patient became increasingly agitated throughout the encounter. He repeatedly stated that he has been accused of lying and in turn accused this provider of lying. Despite multiple attempts to redirect the conversation to the clinical findings and plan, productive discussion was not possible.

A repeat flexible sigmoidoscopy without bowel preparation was offered, as the bowel prep itself is a recognized potential cause of the mucosal changes and inflammation seen on biopsy. This would help determine whether the findings are transient or persistent. However, the patient left the clinic before this recommendation could be meaningfully discussed or a plan could be agreed upon. He continued to state that he has rectal prolapse and that his rectum is "hanging out". He was told that the operating surgeon who performed his procedure did not see a mass that was prolapsing.

Assessment:

Focal active colitis on rectal biopsy — nonspecific finding; differential includes bowel preparation artifact, medication effect, infectious etiology, or early inflammatory process. No features of chronicity or inflammatory bowel disease identified.

Lymphoid follicular hyperplasia of the rectum — likely benign.

Grade 1 internal hemorrhoids — asymptomatic, no intervention required.

Patient declined to engage in further discussion of workup or follow-up plan.

Plan:

STI screening was offered and patient initially agreed but left prior to testing being ordered. Will attempt to arrange rectal NAAT for gonorrhea/chlamydia, syphilis serology, and HIV testing.

Repeat unprepped flexible sigmoidoscopy in 8–12 weeks to evaluate whether mucosal findings resolve in the absence of bowel preparation. Patient left before this could be fully discussed and planned.

Will continue conservative management of grade 1 hemorrhoids with dietary fiber and adequate hydration. Patient left before this could be fully discussed and planned.

Patient was not receptive to clinical counseling today.

No changes made to current medications or diet orders at this time.

Behavioral Note:

Patient was agitated and confrontational throughout the encounter. He made repeated accusations of dishonesty directed at this provider. Multiple attempts were made to de-escalate and redirect the conversation to clinical matters. The encounter was terminated by the patient, who left the clinic voluntarily. All interactions were conducted in a professional and respectful manner. HSA Waldron was present for the duration of the visit.

## Objective

BP: /
Temp:
Pulse:
Resp:
Wt:
SaO2:
BS:
Pain:
Height: 6' 0"

## Assessment

Patient has expressed his belief via HSR that the discontinuation of his FODMAP diet is the direct cause of the mucosal abnormalities identified on his recent flexible sigmoidoscopy and rectal biopsies. He has requested reinstatement of the FODMAP diet on this basis via HSR. This addendum is written to address this concern and document the medical reasoning.

Findings in Question:

Numerous 1–2 mm white nodules with mild surrounding erythema in the lower and mid rectum, consistent with lymphoid follicular hyperplasia.

Focal active colitis on rectal biopsy without features of chronicity.

Grade 1 internal hemorrhoids.

Normal sigmoid mucosa on both endoscopic and histologic evaluation.

Medical Assessment Regarding FODMAP Diet:

The low-FODMAP diet is an evidence-based dietary intervention used to manage symptoms of irritable bowel syndrome (IBS), including bloating, abdominal pain, and altered bowel habits. It works by reducing the intake of fermentable short-chain carbohydrates that are poorly absorbed in the small intestine and subsequently fermented by colonic bacteria, producing gas and drawing water into the bowel lumen.

The FODMAP diet is a symptom management strategy. It does not treat, prevent, or modify mucosal inflammation, mucosal lesions, or structural changes in the colon or rectum. There is no mechanism by which discontinuation of a FODMAP diet would cause:

Lymphoid follicular hyperplasia (nodular lymphoid tissue in the rectal mucosa)

Focal active colitis (acute inflammatory infiltrate in colonic crypts)

Hemorrhoids

These are distinct pathologic processes with well-established etiologies unrelated to dietary FODMAP content. Lymphoid follicular hyperplasia is a benign reactive process. Focal active colitis is a nonspecific histologic finding associated with infections, medications, bowel preparation artifact, and occasionally early inflammatory bowel disease. Hemorrhoids are a vascular/mechanical phenomenon.

A thorough review of the medical literature does not support any causal or contributory relationship between FODMAP diet discontinuation and the development of rectal mucosal inflammation, lymphoid hyperplasia, or hemorrhoids.

Conclusion:

The patient's current endoscopic and histologic findings cannot be attributed to the discontinuation of his FODMAP diet. Reinstatement of the FODMAP diet would not be expected to resolve these findings. The FODMAP diet may be considered for management of functional GI symptoms such as bloating or abdominal discomfort if clinically indicated, but it has no role in the treatment or prevention of the pathology identified on this evaluation.

The recommended workup — including STI screening and a repeat unprepped flexible sigmoidoscopy to evaluate for resolution of findings — remains appropriate regardless of dietary status.

## Plan

TechCare

WSP
Attention: NaphCare Medical
2900 South Higley Boulevard
Rawlins, WY 82301

6/30/2026 12:29:57 PM

**Patient:** HARRELL, CHRISTOPHER **Ordering Provider:** JEFF SCOTT (1811964570)
**Patient ID:** 20101028001 (26939) **Lab Reference ID:** 5715878168B4
**DOB:** [redacted] **Race:** White **Sex:** M **Report Last Updated:** 12/13/2024 10:22:41 AM

**Culture Stool (3rd Specimen) (0225-3)**

**Test Status: Final** — **Resulted: 12/6/2024 10:49:00 AM**

**Culture Stool (3rd Specimen) (0225-3)** — **Resulted: 12/6/2024 10:49:00 AM**

**Specimen Collection Date:** 12/6/2024 11:49 AM

**Specimen ID:** 1

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| CULTURE, STOOL (3RD SPEC) (BRLI: 0225-3) | SEE BELOW | NORMAL ENTERIC FLORA | | Final | 12/11/2024 10:41:00 AM |

Normal enteric flora
Negative for Salmonella, Shigella, E.coli O157, Campylobacter,
Aeromonas, Plesiomonas, Vibrio or Yersinia spp.
SITE: STOOL 3
Culture Comment: Stool specimens (sterile cup or swab) over 8 hours old
may not be acceptable for Campylobacter species detection.

**Ova and Parasite (O+P), Stool W/ Trichrome (1st specimen) (0377-2)**

**Test Status: Final** — **Resulted: 12/6/2024 10:49:00 AM**

**Ova and Parasite (O+P), Stool W/ Trichrome (1st specimen) (0377-2)** — **Resulted: 12/6/2024 10:49:00 AM**

**Specimen Source:** ML - OVA

**Specimen Collection Date:** 12/6/2024 11:49 AM

**Specimen ID:** 1

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| O+P TRICHROME, 1st Specimen (BRLI: 3894-3) | SEE BELOW | Negative | | Final | 12/10/2024 8:38:00 AM |

NO PARASITE(S) SEEN
SITE: ML - OVA

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| O+P, STOOL(1ST) SPEC (BRLI: 6212-5) | SEE BELOW | Negative | | Final | 12/10/2024 8:38:00 AM |

NO PARASITE(S) SEEN
SITE: ML - OVA
NOTE: Routine requests for Ova + Parasites stool DO NOT include
identification of Cryptosporidium, Isospora, Cyclospora. Please
request test codes: J745, 2670 and 1468 respectively.
NOTE: ONE negative result does not rule out the possibility of
a parasitic infection.

**Fecal Fat, Qualitative (1123-9)**

**Test Status: Final** — **Resulted: 12/6/2024 10:49:00 AM**

**Fecal Fat, Qualitative (1123-9)** — **Resulted: 12/6/2024 10:49:00 AM**

**Specimen Collection Date:** 12/6/2024 11:49 AM

**Specimen ID:** 1

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| Fecal Fat, Qualitative (1) (BRLI: 1123-9) | NORMAL | NORMAL | | Final | 12/13/2024 10:09:00 AM |

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|

Test Performed at:
Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA 92675-2042 I Maramica MD, PhD, MBA
(1)
Test Performed at: Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA 92675-2042

**Fecal Lactoferrin (3374-6)**

Test Status: Final — Resulted: 12/6/2024 10:49:00 AM

Fecal Lactoferrin (3374-6) — Resulted: 12/6/2024 10:49:00 AM

Specimen Source: ML - STOOL CONT.-CUP

Specimen Collection Date: 12/6/2024 11:49 AM

Specimen ID: 1

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| FECAL LACTOFERRIN (BRLI: 3374-6) | NEGATIVE | NEGATIVE | | Final | 12/8/2024 10:40:00 AM |

SITE: ML - STOOL CONT.-CUP

**Fecal Calprotectin (J920-0)**

Test Status: Final — Resulted: 12/6/2024 10:49:00 AM

Fecal Calprotectin (J920-0) — Resulted: 12/6/2024 10:49:00 AM

Specimen Collection Date: 12/6/2024 11:49 AM

Specimen ID: 1

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| FECAL CALPROTECTIN (BRLI: J920-0) | 12.3 ug/g | <50.0 | | Final | 12/10/2024 1:34:00 PM |

SITE: STOOL - STOOL CONT.-CUP

| Concentration (ug/g) | Interpretation | Follow-Up |
|---|---|---|
| <50.0 | Normal | None |
| 50.0-120.0 | Borderline | Re-evaluate at 4-6 weeks |
| >120.0 | Abnormal | Repeat as clinically indicated |

Fecal Calprotectin is an indicator of the presence of neutrophils in stool and is not specific for IBD. The diagnosis of IBD should not be established solely on the basis of a positive calprotectin result as other intestinal disorders (such as infections or neoplasia) may result in an elevated calprotectin.

NON FASTING

**Comments**

Jeff Scott Medical Director on 12/14/2024 3:25:15 PM
Diagnostics reviewed. All are negative/normal or within acceptable parameters. Patient notified of results.