# EXHIBIT C

(Grievance #25-028)

THE STATE OF WYOMING

# Department of Corrections

Mark Gordon
Governor

1934 Wyott Drive, Suite 100
Cheyenne, Wyoming 82002
Telephone: (307) 777-7208
FAX: (307) 777-7476

Daniel Shannon
Director

April 3, 2025

Christopher Harrell, #26939
Wyoming Medium Correctional Institution
7076 Road 55F
Torrington, WY 82240

RE: Grievance Appeal #25-028

Dear Mr. Harrell:

I am in receipt of Grievance Appeal #25-028, in which you appeal the decision of Warden Seth Norris regarding the kitchen staff not properly following your FODMAP diet plan. After reviewing the submitted documentation, I assigned Central Office staff to investigate.

In your appeal you state you gave Kitchen Supervisor Edna Curry a list of foods you identified as causing you pain. The list was not followed and you were served foods which cause you pain. The remedy you seek is to be provided enough calories each day to comply with your medical condition, provide a calorie count for the food offered, and allow you to order FODMAP canteen from an approved vendor.

Documentation in your medical record indicates your FODMAP diet was discontinued January 29, 2025. You were seen by the Gastrointestinal Specialist March 18, 2025. Stool studies and labs were recommended. The stool study was performed and as explained to you March 26, 2025 by Dr. James Church, the study showed decreased fecal elastase which is indicative of pancreatic insufficiency. Creon was ordered and the FODMAP diet reinstated. Work up is ongoing pending another set of stool samples and a pan colonoscopy. Regarding your request for a FODMAP commissary vendor, the commissary list has been reviewed and there are a number of FODMAP compliant items which may be purchased.

You were interviewed by the dietician and Ms. Curry March 26, 2025 and you agreed to work with the kitchen on a meal plan which meets your approval. You have taken all your meals since the meeting March 26, 2025.

The Wyoming Department of Corrections (WDOC) relies on the expertise of qualified, licensed professionals to determine care and treatment. Documentation indicates you have been evaluated by a GI provider and are receiving medications to assist with your GI issues. Your FODMAP

diet has been reinstated pending further tests. The kitchen is working with you to provide meals which meet your approval. Based on the information received, I find your grievance resolved.

Thank you for the opportunity to address your concerns.

Sincerely,

Daniel Shannon
Director

DS/BAM/jy

cc: Warden Seth Norris, WMCI
Jennifer Emigh, Grievance Manager, WMCI
Shawn Wyse, HSA-NaphCare, WMCI
Inmate File

THE STATE OF WYOMING

Mark Gordon
Governor

# Department of Corrections

1934 Wyott Drive
Cheyenne, Wyoming 82002
Telephone: (307) 777-7208
FAX: (307) 777-7479

Daniel Shannon
Director

March 10, 2025

Chris Harrell, #26939
Wyoming Medium Correctional Institution
7076 Road 55 F
Torrington, Wyoming 82240

RE: Grievance Appeal

Dear Mr. Harrell:

Your appeal of grievance #25-028 was received by the Director's office on this date. A response to your appeal will be sent within the 30-day time frame in accordance with Section IV. E.3.iii.b(6)(f) of the Department of Corrections Inmate/Offender Communication and Grievance Procedure.

Sincerely,

JuDean Young

JuDean Young
Executive Assistant

cc: Warden Seth Norris
Grievance Manager-WMCI
Inmate File

| WYOMING DEPARTMENT OF CORRECTIONS | WDOC Form #322 | Page 1 of 2 |
|---|---|---|
| | Inmate Grievance Appeal Form | Last Revised: 12/02/16 |

STATE OF WYOMING DEPT OF CORRECTIONS
MAR 06 2025
RECEIVED

# INMATE GRIEVANCE APPEAL FORM

Grievance Directed to: (check one)
☐ Warden/CEO (First Appeal)
☒ WDOC Director (Second Appeal)

Inmate Name: Harrell WDOC # 26939
Institution: MCI Unit/Cell: D4 103
Date: 3.3.25 Time: 0800 Grievance # 25-028

**Provide a clear, straightforward statement of the problem. You may provide up to two (2) additional pages if necessary. The appeal shall meet criteria set forth in policy. You may refer to the back of this form for guidelines and instructions for filing an appeal.**

See attached.

**Give a description and dates of your efforts to resolve the problem by talking to staff, completing an inmate communication form, and filing an inmate grievance. Include reason(s) why the result was not satisfactory.**

See attached.

**Provide a clear statement of exactly what relief or remedy is expected.**

See attached.

**Inmate Signature:** [signature]

**Administrative Use**

| Grievance Number: | |
|---|---|

WDOC Form #322D – Inmate Grievance Appeal-Director Continuation
Date: March 03, 2025 Time: 08:00

Grievance #: 2025-028
RE: Kitchen issues

**DESCRIPTION OF EVENT** (SECTION A – CONTINUED)

This is an appeal of Warden Norris' response dated February 27, 2025. As usual, WDOC is trying to write its own narrative that makes it appear to be right while the inmate is wrong. The reason Mr. Harrell prefers communication in writing is precisely for this reason. DOC staff does not correctly document what is said in person versus what they put into the computer. If DOC staff does not like what was discussed, they lie and put something different into the computer to make them appear to be correct, when in reality, that is false and not what was really said in person. This is why Mr. Harrell chooses to have communications in writing—documentation for court that is irrefutable. This is why he stopped verbally speaking with Ms. Curry and nurse Wyse—they refused to listen to Mr. Harrell's concerns, instead choosing to tell him how he really felt instead of listening to him, or to work with him to fix the problems.

Mr. Harrell will begin with Ms. Curry not following the FODMAP diet. On October 21, 2024, Mr. Harrell was called to the kitchen to have a conversation with Ms. Curry and Mr. Briggs. During this verbal conversation, Ms. Curry said she would not serve Mr. Harrell food that "knowingly caused him pain." She also said she "does not like to have to be told something more than once," indicating she will remember the first time she is told something so it will not happen again. This has proven to be false—see CVR #24.11.107, grievance #25-028, and the un-numbered grievance (attached) that was rejected by Mrs. Emigh. During this meeting, Mr. Harrell gave a list to Ms. Curry of foods he has identified that cause him pain. Weeks later, after Mr. Harrell complained about the foods consistently being served to him that cause him pain, Mr. Harrell was again called to the kitchen for another meaningless meeting that Ofc. White sat in on. During this meeting, Ms. Curry hand-wrote another list that did not include a single breakfast item, omitted some of the foods Mr. Harrell could safely eat, and ignored multiple "troublesome foods" that cause Mr. Harrell pain. This led to more complaints by Mr. Harrell, to which Ms. Curry told multiple inmates she was going to remove Mr. Harrell from the FODMAP diet. Finally, she spoke honestly as Mr. Harrell was in fact removed from FODMAP.

On 2-25-25, Mr. Harrell was called to medical to speak with a nurse (who did not identify herself, later found out her name is Wyse) who said she had only been here 3 weeks. Wyse would ask Mr. Harrell a question and before he could answer it, she was asking another question. After about the tenth time of interrupting Mr. Harrell, he asked if he could finish one answer without being rudely interrupted, and was interrupted again. This led Mr. Harrell to feel disrespected, so he left medical as it is pointless to have a conversation with a medical staff member who said "I don't feel like reading your file to get these answers, so I called you down here to ask you again." Mr. Harrell has put it in writing the foods he has identified as "irritating" and "troublesome." This list has been repeatedly provided to medical and WDOC, and ignored by both, and this was in writing. If staff will not read the list, what good is it to tell someone verbally and hope they remember to write it down correctly later? It has been Mr. Harrell's experience so far that things conveniently get "forgotten."

Wyse attempted to explain to Mr. Harrell a new diet called a "choice diet." According to Wyse, she believes WMCI serves food like Golden Corral, which is incorrect. Her "new diet" to Mr. Harrell was explained like this: Mr. Harrell is to walk down the serving line instructing the inmates serving the food not to give him the foods he cannot eat, while giving him more of the foods he can eat. If Mr. Harrell has to explain why this will not work inside of prison to you, then you need to find a new job; however, you will not listen any more than Wyse did. The only "choice" Mr. Harrell has as it pertains to his diet is to choose between eating foods that will knowingly cause him pain or to do without. For over a year, he bit the bullet to survive on foods that caused him pain. He has now stopped eating these irritating foods and lost 15 pounds during the month of February.

Anything WDOC or medical has to say to Mr. Harrell about his medical condition needs to be in writing so the court can read exactly what is said. As Mr. Harrell requested in grievance #25-037, a meeting needs to happen with "NaphCare's doctor, Warden Norris, Kitchen Supervisor E. Curry, the DOC dietician, ADA Coordinator S. Leever, the Canteen manager, along with Mr. Harrell, to discuss what foods Mr. Harrell has identified as "irritating"" can be discussed with everyone being present so no one can later lie and say something was not discussed that was discussed. As that grievance has shown, Mr. Harrell was denied. This meeting, if it ever happens, also needs to be recorded, which is the exact reason it will never happen.

But to the point of this grievance, even when Mr. Harrell was on the FODMAP diet, the kitchen could not go an entire 7 day week following this diet correctly, which led to Mr. Harrell complaining, which led to medical removing Mr. Harrell from this diet for the reasons nurse Wyse finally admitted, "DOC said the FODMAP diet is too expensive and too many inmates are on it." Had Ms. Curry followed the list of foods Mr. Harrell provided to her multiple times, Mr. Harrell would not have been in pain, would not have lost weight, and would not be working on another lawsuit because DOC refuses to treat Mr. Harrell. Not only has NaphCare removed Mr. Harrell from the only thing that was helping him keep weight on, but DOC has denied Mr. Harrell's every request to allow him to order canteen that complied with his condition. As is apparent now, Mr. Harrell has stopped eating anything that causes him pain and has stopped buying canteen to cover the loss of calories that need to be served in the kitchen and have not been.

Mr. Harrell now weighs 171 pounds. When Mr. Harrell files this next lawsuit, does DOC plan to lie to the court again and say Mr. Harrell has not lost weight? The reason for the weight loss is so obvious that Helen Keller could tell the court the problem.

Now to the one singular day Mr. Harrell requested the daily calorie count for just to prove that Ms. Curry has never provided the proper amount of daily calories to Mr. Harrell, January 01, 2025. According to Ms. Curry, she said she offered Mr. Harrell cereal for breakfast, which is false. At lunch, she said she gave Mr. Harrell potato casserole when she gave Mr. Harrell plain white rice instead. At dinner she said she gave Mr. Harrell a diet soda, which is not only false, but when Mr. Harrell asked the blue shirts serving the brown bags for a soda, not only was he denied, but so was his request for a lactose free milk alternatively. Ms. Curry also said she offered Mr. Harrell cheese that is made with soy, and is one of the more troublesome foods served in the kitchen. But even still, that day's calorie count was still only 1670, not the 2200-2800 that Ms. Curry says she feeds to inmates daily. Even when Ms. Curry admitted to denying Mr. Harrell the proper amount of daily calories, DOC still has not tried to make that situation right.

Finally, Warden Norris said in his response, "Medical stated that on 1/29/25 you were removed from the FODMAP diet and placed on a gluten free diet. You might benefit from this diet change." Truer words could not have been spoken—Mr. Harrell lost 15 pounds so far on this new diet. This loss of weight is two-fold. First, DOC is now serving Mr. Harrell all the foods he has identified as troublesome and irritating, which he is refusing to eat so as not to cause him pain and agony. Second, Mr. Harrell has stopped ordering all food from canteen. If DOC cannot serve Mr. Harrell 2200-2800 calories a day on his meal trays, then Mr. Harrell is not going to spend his own money to cover the difference. The law says DOC must provide inmates with a proper amount of calories daily. 1670 is below that number. Now that you are serving Mr. Harrell foods such as beans, milk, soy, garlic, onions, etc., Mr. Harrell is refusing to eat these foods knowing they will cause him pain for hours and days. You have been repeatedly told this. And right now, there is no way Mr. Harrell is consuming 2200-2800 calories a day, which is why he has lost so much weight.

**ATTEMPTS TO RESOLVE EVENT** (SECTION B – CONTINUED)

WDOC Form #320's to Ms. Curry and Warden Norris.

**REQUESTED REMEDIES OR RELIEF** (SECTION C – CONTINUED)

1. Provide enough calories each day that complies with Mr. Harrell's medical condition, so he will stop losing weight, without causing him pain, in sufficient variety and seasoned just like GP's food.
2. Fire Ms. Curry and Warden Norris.
3. Replace them with staff who understands that inmates are people who need to be treated as such; just because we are inmates does not mean DOC can treat us however they see fit.
4. Hire kitchen supervisors who will serve Mr. Harrell tasteful food that complies with his medical condition, and enough calories to survive on, with as much variety as possible.
5. Provide the calorie count for the food offered to Mr. Harrell on January 01, 2025. (Mr. Harrell has the list of foods he was offered, so no lying.)
6. Allow Mr. Harrell to order FODMAP canteen from an approved vendor of DOC's choice.

WDOC Form #321 – Inmate Grievance Appeal Continuation
Date: November 25, 2024 Time: 09:11

Grievance #: 2024-________
RE: Kitchen food/FODMAP diet

**DESCRIPTION OF EVENT** (SECTION A – CONTINUED)

On November 09, 2024, Mr. Harrell's dinner meal consisted of meat that Mr. Harrell has been told contains onion, garlic and wheat, three things Mr. Harrell cannot eat on the FODMAP diet. Never mind the fact that the meat looked dried out like beef jerky, but when it contains ingredients Mr. Harrell cannot eat, it is a wasted meal. Also on the tray were 2 servings of broccoli that is to be limited to "less than ½ cup a meal." This essentially left Mr. Harrell with a couple pieces of broccoli and pineapple while the GP inmates got the best meal of the week—hamburgers. When Mr. Harrell complained to the kitchen supervisors, he was told there was not a cook available as they had left for the day since Mr. Harrell's pod is eating last this month. For a meal replacement for hamburgers, Mr. Harrell was offered two cold hard boiled eggs, a tablespoon of cold peanut butter, and cold rice; condiments to replace a meal. This is crap and you know it!

Later when discussing this with Ms. Curry, she said that a mistake was made and Mr. Harrell should have been given a hamburger made with meat he is allowed to eat, but that does nothing to replace the previous Saturday nights' meal. And when the same thing happened just three days later on Tuesday, again with a hamburger patty Mr. Harrell did not get, the same explanation was again given. This is only happening because Ms. Curry has decided to change the times Mr. Harrell eats and does his job.

A month ago, this would not have happened as Mr. Harrell would have been in the kitchen early enough to do his job and eat his meal in the kitchen as Mr. Harrell is a kitchen worker, paid on the kitchen's budget, filling the ice jugs in the kitchen, washing the ice jugs in the kitchen, and wearing kitchen clothes. However, for reasons unknown, suddenly Mr. Harrell is being told he is no longer allowed to eat in the kitchen. Had Mr. Harrell still been doing his job the "old way," the cooks would have still been in the kitchen and Mr. Harrell could have gotten his food replaced. Because of the changes to Mr. Harrell's job and Ms. Curry saying Mr. Harrell is not a kitchen employee, therefore he cannot eat in the kitchen, Mr. Harrell was denied a meal because the cooks were finished with their shifts before Mr. Harrell's pod went to the chowhall.

Had this happened with the old way, worst case scenario, Mr. Harrell could have gotten plain rice off of the serving line that is already warm, still been able to finish his job and return to his housing unit without forcing shift command to hold 1815 standing ID count up while Mr. Harrell finished his job. Because Ms. Curry decided to change Mr. Harrell's job and force Mr. Harrell to eat with his housing unit, the cooks had already clocked out and returned to their housing unit to shower, which meant Mr. Harrell did not get a dinner meal.

As a separate matter currently being denied by WDOC, Mr. Harrell is not allowed to order canteen that complies with his medical FODMAP diet, so the only things Mr. Harrell can eat without causing himself pain are Santitas, gummy lifesavers and rice, which he should have been given for a meal from the kitchen and was denied. So what choices did Mr. Harrell have? Since this type of problem with the kitchen has been happening more and more since Ms. Curry changed Mr. Harrell's job, it seems logical to return to the old way of doing Mr. Harrell's job to prevent this problem from continuing.

**ATTEMPTS TO RESOLVE EVENT** (SECTION B – CONTINUED)

WDOC Form #320 to Warden Norris; answered by DW Rose on 11/12/24 and Ms. Curry on 11/13/24.

**REQUESTED REMEDIES OR RELIEF** (SECTION C – CONTINUED)

1. Allow Mr. Harrell to return to the old way and times of Mr. Harrell doing his job.
2. Allow Mr. Harrell the ability to follow his medical FODMAP diet with the kitchen food, staying as close to the normal menu as possible.
3. Arrange a MDT meeting with the Warden, Ms. Curry, a Naphcare doctor, the dietician, and Mr. Harrell to clear up all the confusion about what foods Mr. Harrell is/is not allowed to eat.
4. Reimburse Mr. Harrell for the meals he was denied and forced to feed himself out of his canteen; all inmates are to receive a certain amount of calories daily that complies with the medical conditions they suffer from and at least once a week, Mr. Harrell is denied this right. Therefore, since the kitchen keeps messing up Mr. Harrell's diet and refuses to replace it, they need to reimburse him every time he is forced to feed himself since he is no longer allowed to replace his incorrect meal tray with foods he can have off of the serving line in the kitchen.



COPY

recd
2-28-25

THE STATE OF WYOMING

Mark Gordon
Governor

# Department of Corrections
## Wyoming Medium Correctional Institution
7076 Road 55F
Torrington, Wyoming 82240
Telephone: (307) 532-3198
FAX: (307) 532-3240

Daniel Shannon
Director

Seth Norris
Warden

February 27, 2025
Inmate Harrell, Christopher #26939

Re: Grievance #25-028

Inmate Harrell, having reviewed all pertinent information regarding the matters, I have reached a determination. Your grievance appeal is centered on your belief that the kitchen staff is not properly following your FODMAP diet plan. You claim that you are repeatedly given foods that are irritating to your stomach. You state that you have repeatedly had conversations with kitchen staff letting them know what you could/could not eat. You feel that your calorie count is low and you are not being given a variety of food choices.

For resolution you would like:

- Provide enough calories each day that complies with your medical condition, so you stop losing weight, without causing you pain, in a sufficient variety and seasoned like the GP inmates food.
- Fire Ms. Curry and Warden Norris
- Replace with staff that understand that inmates are people who need to be treated as such; just because you are an inmate does not mean DOC can treat you however they see fit
- Hire kitchen supervisors who will serve you tasteful food that complies with your medical condition, with enough calories to survive on and as much variety as possible
- Provide the calorie count for the food offered to you on January 1, 2025
- Allow you to order FODMAP canteen from an approved vendor of DOC's choice

For a response, I have assigned WMCI staff to investigate your concerns. My decision is based on their findings. The kitchen staff follows the diet orders that the medical department (Naphcare) provides. The orders are not changed and staff and inmates are trained for compliance in these orders. It is my understanding that you are offered a variety of items with this diet.

You were given the approximate calorie count/menu by Ms. Emigh for your January 1, 2025 diet. That calorie count and menu came directly from the kitchen, who writes down what is provided to you on your trays.

You were removed from the FODMAP diet on January 29, 2025 and placed on a Gluten free diet. According to the medical department, they have repeatedly tried to speak with you in regards to your diet and what foods cause you pain. HSA Wyse spoke with you on 2/25/25 trying to help find a solution, and you yelled at her and told her "well we will see what the judge

says when I see you in court". Ms. Wyse tried to explain that the FODMAP diet is not a long term diet/solution.

You submitted a 320 form that was sent to Ms. Curry Dated 1/21/25 concerning her talking to inmates about your food grievances. In her response to you, she responded that she has tried to speak with you twice this week and you walked away from her. If you wanted this issue resolved, you would stop and speak with those involved with the situation when they try to speak with you about it.

As such, I consider grievance #25-028 denied of remedies at this time. If you are dissatisfied with this response, you may appeal to the Director for a final decision within ten days per the instruction in the Inmate Communication and Grievance Procedure Policy #3.100.

Respectfully,

Seth Norris
Warden/WMCI

| Wyoming Department of Corrections | WDOC Form #322 | Page 1 of 2 |
| --- | --- | --- |
| | Inmate Grievance Appeal Form | Last Revised: 12/02/16 |

# Inmate Grievance Appeal Form

**Grievance Directed to: (check one)**
- [X] **Warden/CEO (First Appeal)**
- [ ] **WDOC Director (Second Appeal)**

Inmate Name: Harrell WDOC # 26939
Institution: MCI Unit/Cell: A4 103
Date: 2.10.25 Time: 0800 Grievance # 25-028

**Provide a clear, straightforward statement of the problem.**
**You may provide up to two (2) additional pages if necessary.**
**The appeal shall meet criteria set forth in policy. You may refer to the back of this form for guidelines and instructions for filing an appeal.**

See attached.

**Give a description and dates of your efforts to resolve the problem by talking to staff, completing an inmate communication form, and filing an inmate grievance. Include reason(s) why the result was not satisfactory.**

See attached.

**Provide a clear statement of exactly what relief or remedy is expected.**

See attached.

**Inmate Signature:** [signature]

**Administrative Use**

| Grievance Number: | |
| --- | --- |

WDOC Form #322W – Inmate Grievance Appeal-Warden Continuation
Date: February 10, 2025 Time: 08:00

Grievance #: 2025-028
RE: Kitchen issues

**DESCRIPTION OF EVENT** (SECTION A – CONTINUED)

This is an appeal of grievance manager Emigh's response dated February 07, 2025. In typical fashion, Mrs. Emigh did not read what Mr. Harrell actually wrote. He will attempt to be courteous, but very blunt; at no point in time did Mr. Harrell say he expects to be served 10,000 calories a day. Mr. Harrell goes the extra mile to type his grievances so they are legible and easy to understand, and yet Mrs. Emigh consistently refuses to read what Mr. Harrell actually writes as if his penmanship is illegible? Most non-athlete humans only need about 2,200 calories a day to maintain their weight. Why in the world would Mrs. Emigh assume Mr. Harrell expects 10,000 a day while other inmates only get 2,200? That is dumb to assume something Mr. Harrell did not ask for.

The only time Mr. Harrell said 10,000 calories is in the 5th paragraph of his grievance where he was making the point that feeding Mr. Harrell food he cannot eat, even if it was 5 times the normal amount, the final result is still zero if Mr. Harrell cannot eat it. Another analogy is feeding Mr. Harrell foods like cabbage, onions, broccoli, garlic and beans is equivalent to feeding him gasoline; it is something he cannot safely consume without pain, so he might as well avoid it.

The purpose of the FODMAP diet is to identify "irritating" foods that need to be eliminated from a person's diet, which Mr. Harrell has spent a year identifying. He has informed Ms. Curry what these foods are, which she refuses to pass along to the inmate cooks. Because the cooks do not know what these foods are, when they serve them to Mr. Harrell and he returns the trays to the kitchen supervisors to request a meal that he can eat, he gets told by Mr. Hiegel that Mr. Harrell is "shit outta luck." As previously explained, when kitchen supervisor Hiegel serves Mr. Harrell foods like cabbage, even if it was 10,000 calories worth, Mr. Harrell still only gets 0 calories because he knows it will cause him pain, so he avoids the pain, and no matter how many times Mr. Harrell has told Ms. Curry this, it does not get passed down to the inmate cooks who continue to serve Mr. Harrell food he cannot safely eat. This is documented by the inmate cooks on the food diary that is given to Ms. Curry.

Ms. Curry and Mr. Harrell have had many face-to-face conversations about what foods Mr. Harrell can safely eat, where Ms. Curry hand wrote a list of foods and taped it to the wall in the diet area, with not a single breakfast item being listed. During these conversations, Mr. Harrell has explained the cold cereal problem, which Ms. Curry completely ignores for some reason? This is for the same reason she did not list a single item to be served to Mr. Harrell for breakfast, leaving the inmate cooks in the dark about what Mr. Harrell could safely eat. When the inmate cooks questioned Mr. Harrell, he had to explain what foods he can/cannot have.

Finally, New Year's Day 2025. Funny how Ms. Curry "conveniently" did not get Mr. Harrell's request for the list of foods offered to him on that day. When Mrs. Emigh said "According to Ms. Curry the daily calorie count is between 2200-2800 calories" obviously she missed the fact that Mr. Harrell was only given 1670 calories on this day; 1670 is not between 2200-2800, is it??? This is a perfect example of why Mr. Harrell continues to lose weight, which no one seems to care about.

Then to further this point, Mrs. Emigh said on 1/29/25, Mr. Harrell was "removed from the FODMAP diet and placed on a gluten free diet. You might benefit from this diet change." Finally, Mrs. Emigh is correct about something—Mr. Harrell's weight loss has accelerated since this diet change transpired as all of the foods Mr. Harrell spent a year eliminating have all been added right back into Mr. Harrell's diet, which puts him into a *Hobson's Choice* to decide between eating these "irritating" foods or to do without. The scale tells the full story.

**ATTEMPTS TO RESOLVE EVENT** (SECTION B – CONTINUED)

WDOC Form #320's to Ms. Curry and Warden Norris.

**REQUESTED REMEDIES OR RELIEF** (SECTION C – CONTINUED)

1. Provide enough calories each day that complies with Mr. Harrell's medical condition, so he will stop losing weight, without causing him pain, in sufficient variety and seasoned just like GP's food.
2. Fire Ms. Curry and Warden Norris.
3. Replace them with staff who understands that inmates are people who need to be treated as such; just because we are inmates does not mean DOC can treat us however they see fit.
4. Hire kitchen supervisors who will serve Mr. Harrell tasteful food that complies with his medical condition, and enough calories to survive on, with as much variety as possible.
5. Provide the calorie count for the food offered to Mr. Harrell on January 01, 2025. (Mr. Harrell has the list of foods he was offered, so no lying.)
6. Allow Mr. Harrell to order FODMAP canteen from an approved vendor of DOC's choice.

recd 2-7-25

**Department of Corrections**

**Wyoming Medium Correctional Institution**

## MEMORANDUM

February 7, 2025

**To:** Inmate Harrell, Christopher #26939
WMCI/D-4

**From:** Jennifer Emigh

**Subject:** Grievance #25-028

**Summary:**

Your contention revolves around you feeling as though the kitchen is not feeding you food that is compliant with your FODMAP diet. You claim you have tried to be patient and work with the kitchen staff and inmate cooks, however this has been ongoing for over a year and you continue to suffer pain from the food being served to you. You feel that you are not fed the proper amount of calories (10,000 a day) and not enough variety. For resolution you would like:

- Provide enough calories each day that complies with Mr. Harrell's medical condition, so you stop losing weight, without causing you pain, in sufficient variety just like GP trays
- Fire Ms. Curry and Warden Norris
- Replace with staff who understand that inmates are people who need to be treated as such
- Hire kitchen supervisors who will serve you tasteful food that complies with your medical condition, with enough calories to survive and a variety.
- Provide the calorie count for the food offered to Mr. Harrell January 1, 2025.
- Allow you to order FODMAP canteen from an approved vendor.

**Investigation:**

For a response, an inquiry into this matter was conducted to include interviews and a review of documentation. Mr. Curry was consulted with in regards to your concerns and stated the following "I will comply with only answering concerns in writing from you. My staff and I follow the diet orders given to us from the medical department. The orders are not changed in the kitchen, food service workers and inmates are trained to monitor for compliance. Your meals are signed off on and logged for food service records." A communication form was never received by the kitchen asking for calorie information about any specific meal. Ms. Curry also states she has not been spoken to by you in regards to cereals on the weekends. Staff has witnessed you refusing your food tray and giving items away from your tray.

None of the inmate receives a 10,000 calorie a day meal plan. According to Ms. Curry the daily calorie count is between 2200-2800 calories.

The food items that were listed on your diet plan for January 1, 2025 consisted of

- Breakfast: Cereal, banana, grape juice, milk No Cereal given - subtract those calories
- Lunch: ham, potato casserole, hot vegetable, 1 egg, 1 orange, salad, carrot sticks given white rice
- Dinner: turkey, cheese, rice cakes, corn chips, diet soda.

Contains soy - cannot eat

no soda given. Milk/juice replacement was denied by blue shirts.

The calorie count for that day was around 1670 calories.

You have already received an answer in regards to ordering FODMAP items from approved vendors. The commissary list has options for you to purchase items from. The director gave you a response (grievance #24-188).

Medical stated that on 1/29/25 you were removed from the FODMAP diet and placed on a gluten free diet. You might benefit from this diet change.

**Conclusion:**
Inmate Harrell because of the above evidence I consider grievance #25-028 denied of remedies at this time. If desired, you may appeal to the Warden by submitting form #322 within seven days.

**FOR THE DEPARTMENT OF CORRECTIONS**
**WYOMING MEDIUM CORRECTIONAL INSTITUTION**

Jennifer Emigh
Jennifer Emigh
Grievance Manager

Cc: grievance files

| Wyoming Department of Corrections | WDOC Form #321 | Page 1 of 2 |
| --- | --- | --- |
| | Inmate Grievance Form | Last Revised: 12/2/16 |

# Inmate Grievance Form

☐ Check here if this is an EMERGENCY Grievance

Inmate Name: Harrell WDOC # 26939
Institution: WMCI Unit/Cell: D4 103
Date: 1.27.25 Time: 0800

**When completing this form, you may provide up to two (2) additional pages if necessary. The grievance filed shall meet criteria set forth in policy. You may refer to the back of this form for guidelines and instructions for filing a grievance.**

**Summary of the incident or occurrence giving rise to the grievance or reason for the grievance:**

See attached for kitchen issues.

**Summarize your attempts to informally resolve the issue (e.g. verbal discussions, submission of Inmate Communication Form, etc.)**

See all attached

**I request the following grievance resolution or remedy:**

See attached

**Inmate Signature:** [signature]

**Administrative Use**

| Grievance Number: | |
| --- | --- |

WDOC Form #321 – Inmate Grievance Appeal Continuation
Date: January 27, 2025 Time: 08:00

Grievance #: 2025-________
RE: Kitchen issues

**DESCRIPTION OF EVENT** (SECTION A – CONTINUED)

After dealing with repeated issues in the kitchen being served food that does not comply with Mr. Harrell's FODMAP diet, this grievance follows. Mr. Harrell has tried to be patient and work with the kitchen staff and inmate cooks for almost a year, and he continues to suffer pain due to the food being served to him. Mr. Harrell has provided the kitchen the paperwork that both YesCare and NaphCare provided to him that shows which foods are allowed and which to avoid, and the paperwork continues to be ignored.

This can only be seen as an intentional act by kitchen Supervisor Ms. Curry. Ms. Curry has told numerous inmates in the kitchen that she was going to remove not just Mr. Harrell, but other inmates as well, from their medical diets due to their canteen purchases, yet she fails to consider that DOC refuses to allow inmates such as Mr. Harrell to order canteen that does comply with their (Mr. Harrell's) diets from an approved vendor such as Walkenhorst's. After Mr. Harrell filed ECF 205 in the lawsuit of *Harrell v. Johnson et. al.*, Ms. Curry has told the inmate cooks that Mr. Harrell is trying to get the inmates fired for not following the diet when it is Ms. Curry who is the one not ensuring the inmates who eat medical diets are getting the proper nutrition. This responsibility falls on staff, not inmates. Because Ms. Curry is not properly training all kitchen staff, she needs to be fired. Mr. Harrell cannot continue to be singled out and mistreated because she refuses to listen to Mr. Harrell when he informs her of foods that are causing him pain.

Mr. Harrell has repeatedly told Ms. Curry that foods such as cabbage, broccoli, peas, etc. not just upset his stomach, but cause him actual pain, and she continues to allow the kitchen supervisors to serve Mr. Harrell these foods and to continue serving Mr. Harrell plain-tasteless food, despite the fact that Mr. Harrell is allowed certain spices. This childish behavior needs to stop, and no matter how many times Mr. Harrell addresses these issues with both Ms. Curry and Warden Norris, the problems continue. Warden Norris is of the opinion that his only job is to ensure 2,200 calories a day get served to Mr. Harrell, never mind the fact of his medical conditions that limit what foods Mr. Harrell is able to safely eat. The issue of plain-boiled chicken being served multiple times a week just began since the first of the year for some reason?

On January 01, 2025, while all the GP inmates got brown bags full of food with a cold soda, Mr. Harrell did not. When he sent the attached #320 to Ms. Curry asking how many calories she thinks she served to Mr. Harrell, it went unanswered because she knows she did not offer Mr. Harrell enough calories that day. On Thanksgiving, Mr. Harrell got both a good meal at lunch and a decent brown bag for dinner. On Christmas, both meals got cut by a third. Then on New Year's Day, the meals got cut again by a third. There is no way the kitchen offered Mr. Harrell 2,200 calories on January 1st. Plus, GP inmates got served cold sodas for each of these holidays while Mr. Harrell did not, nor was he offered an equivalent.

Serving 10,000 calories a day to Mr. Harrell of food he cannot eat is the equivalent to serving Mr. Harrell zero calories, and for some reason Warden Norris does not understand this. If this grievance does not clear the matter up, maybe the subsequent lawsuit will? More than likely not as DOC does not have to pay for its lawyers or the verdicts when it loses the lawsuits.

It is pointless to have face to face conversations with Ms. Curry because she refuses to listen to Mr. Harrell about the foods that cause him pain, so Mr. Harrell now requests all of her answers to his concerns to be in writing so later at trial, you, DOC cannot say something different. As just one example, Mr. Harrell has repeatedly told Ms. Curry that the cold cereal served on the weekends contains ingredients that cause Mr. Harrell pain, and yet she refuses to purchase cereal he can eat without pain. She believes that as long as she offered the calories to Mr. Harrell, which counts towards his daily calorie count knowing he cannot eat it, is her only responsibility; those are wasted calories, which means weight loss.

It seems your goal is for Mr. Harrell to starve to death before this matter gets before a Judge?

**ATTEMPTS TO RESOLVE EVENT** (SECTION B – CONTINUED)

WDOC Form #320's to Ms. Curry and Warden Norris.

**REQUESTED REMEDIES OR RELIEF** (SECTION C – CONTINUED)

1. Provide enough calories each day that complies with Mr. Harrell's medical condition, so he will stop losing weight, without causing him pain, in sufficient variety and seasoned just like GP's food.
2. Fire Ms. Curry and Warden Norris.
3. Replace them with staff who understands that inmates are people who need to be treated as such; just because we are inmates does not mean DOC can treat us however they see fit.
4. Hire kitchen supervisors who will serve Mr. Harrell tasteful food that complies with his medical condition, and enough calories to survive on, with as much variety as possible.
5. Provide the calorie count for the food offered to Mr. Harrell on January 01, 2025. (Mr. Harrell has the list of foods he was offered, so no lying.)
6. Allow Mr. Harrell to order FODMAP canteen from an approved vendor of DOC's choice.

recd
1.24.25

| Wyoming Department of Corrections | WDOC Form #320 | Page 1 of 1 |
|---|---|---|
| | Inmate Communication Form | Last Revised: 08/23/2024 |
| POLICY REFERENCE: | 3.100, *Inmate/Offender Communication and Greivance Procedure* | |

Inmate Name: Harrell WDOC # 26939 Unit/Cell: D4/103

To: Ms. Curry Subject: 1.21.25 food

**State your problem, question or request here:**

I'm hearing from other inmates that you are telling them that I am filing grievances about my food. Consider this the beginning of a grievance, I would hate for you to be a liar, but I am tired of getting plain, tasteless, boiled chicken with pea's & carrots almost every night. I do not get a variety, while GP does. It is obvious you have a problem with me, So we will discuss it when I put you on the witness stand in front of the jury. Thanks.

Inmate Signature [signature] Date: 1.21.25

---

**WDOC Response to Problem or Request:**

Mr. Harrell, If you have a problem with your meals, please come talk to me about it. I have not talked to other inmates about your or any other inmates grievances w/ food - Because I do not have any grievance about food from any inmate - I have attempted to talk w/ you Twice this week - You walked away -

☐ Request is Approved
☐ Request is Denied

WDOC Staff Signature: Ms Curry Date: 1/23/25

Printed Name:

rec'd 1.23.25

| WYOMING DEPARTMENT OF CORRECTIONS | WDOC Form #320 | Page 1 of 1 |
|---|---|---|
| | Inmate Communication Form | Last Revised: 08/23/2024 |
| POLICY REFERENCE: | 3.100, *Inmate/Offender Communication and Greivance Procedure* | |

Inmate Name: Harrell WDOC # 26939 Unit/Cell: D4 103

To: Warden Norris Subject: 1.21.25 food

**State your problem, question or request here:**

To go along with the letter I put in the box earlier please explain why I keep getting served plain' tasteless, boiled rubber chicken? with peas & carrots almost every night of the week? While GP gets seasoning on their food, with variety. You must hate me as well?
Thanks for the honesty.

Inmate Signature [signature] Date: 1.21.25

**WDOC Response to Problem or Request:**

you are served food that is consistent with your medical diet.

☐ Request is Approved
☐ Request is Denied

WDOC Staff Signature: [signature] Date: 1/22/25
Printed Name: Warden Norris