# Exhibit D

Kenneth Steely, Esq.
BLACKSTONE TRIAL LAW
1200 Corporate Drive, Suite 425
Birmingham, AL 35242
Telephone: (205) 482-5558
kenneth.steely@blackstonetrial.com
(Admitted Pro Hac Vice)

Christopher R. Jones, WSB# 7-4837
GORDON REES SCULLY MANSUKHANI, LLP
515 E. Ivinson, Suite 108
Laramie, WY 82070
Telephone: (307) 365-6741
Facsimile: (307) 222-7825
crjones@grsm.com
(Local Counsel)

Counsel for Defendant Dr. Jeffery Scott

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CHRISTOPHER D. HARRELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SCOTT, et al.,<br><br>Defendants | **Civil No. 2025-CV-086-KHR**<br><br>SECOND DECLARATION OF JEFFREY L. SCOTT, D.O. |

I, JEFFREY L. SCOTT, D.O., hereby declare that my testimony below is true and correct to the best of my knowledge and belief and is given under penalty of perjury, pursuant to 28 U.S.C. § 1746. This declaration is in addition to, and to correct a statement in my Declaration of Jeffrey L. Scott, D.O. in Support of Defendant Scott's Response to Plaintiff's Combined Motion for a Restraining Order and Permanent Injunction (Doc. 28) and Motion for Court Order for Preservation of Evidence (Doc. 27) (Doc. 49-1, "First Declaration"):

1. I submit this Declaration to correct a typographical error in the First Declaration. In paragraphs 1 and 36, I stated that as of June 1, 2026, I no longer operated as Regional Medical Director for NaphCare for the Wyoming Department of Corrections. (Doc. 49-1, ¶¶ 1, 36). June 1, 2026 was a typographical error. The correct date is **July 1, 2026**. All other information remains true and accurate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __21st__ day of ____September__________, 2026.

Jeffrey L. Scott D.O.

______________________________

Jeffrey L. Scott, D.O.