FILED
4:24 pm, 10/1/26
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

2026 SEP 11 P 6:05
RECEIVED
U.S. MARSHALS SERVICE
CHEYENNE, WY

Christopher D. Herrell

Plaintiff(s)

vs

Dr. Jeffery Scott, et. al.,

Defendant(s)

Civil Action No: 25-CV-086-KHR

## SUMMONS IN A CIVIL CASE

To: *(Defendant's name and address)*
Edna Curry / Wyoming Attorney General's Office
109 State Capitol
Cheyenne Wyoming
82002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher D. Herrell, 26939
WSP
Po Box 400
Rawlins Wyoming 82301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/16/2026

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* EDNA CURRY
was received by me on *(date)* 09.21.26

☒ I personally served the summons on the individual at *(place)* WYOMING MEDIUM CORRECTIONAL INSTITUTE on *(date)* 09.28.26 ;or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ;or

☐ I returned the summons unexecuted because ______ ;or

☐ Other *(specify)*:

My fees are $ 136.68 or travel and $ 455 for services, for a total of $ 591.68

I declare under penalty of perjury that this information is true.

Date: 09.28.26

[signature]
*Server's Signature*

JONATHAN BARCELO DUSM-WY
*Printed Name and Title*

2120 CAPITOL AVE CHEYENNE, WY 82001
*Server's Address*

Additional information regarding attempted service, etc:

09.23.26 – FIRST ATTEMPT TO SERVE AT ATTORNEY GENERALS OFFICE UNSUCCESSFUL. ADDRESS 109 STATE CAPITOL CHEYENNE, WY 82002.
– (2) DUSMS X $65 = 130 x 1/2(HR) = $65 + 0.34(MILES) = $65.34

09.28.26 – SERVED AT 10:30 AM AT WYOMING MEDIUM CORRECTIONAL
– (2) DUSMS X $65 = 130 • 3(HRS) = $390 + 136.34(MILES) = $526.34

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF Christopher D. Harrell | COURT CASE NUMBER 25-CV-086-KHR |
| DEFENDANT Edna Curry | TYPE OF PROCESS Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Edna Curry
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: Wyoming Attorney General's office 109 State Capitol, Cheyenne WY 82002

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Christopher D. Harrell, 26939<br>WSP<br>PO Box 400<br>Rawlins WY 82301 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Edna Curry
WMCI
7076 Road 55F
Torrington Wyoming
82240

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. D/WY | No. 1 | [signature] | 9-17-26 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 09.28.26 | 10:30 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

09.23.26 – FIRST ATTEMPT TO SERVE AT ATTORNEY GENERALS OFFICE UNSUCCESSFUL. ADDRESS 109 STATE CAPITOL CHEYENNE, WY 82002.